```
FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ  07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson and Bob's Little Sport Shop, Inc.
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>Defendants. | Civil Action No.:<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Plaintiffs Association of New Jersey Rifle and Pistol Clubs, Inc., and Bob's Little Sport Shop, Inc. state that there

is no parent corporation or any publicly held corporation that owns 10% or more of their stock.

                                              FARER FERSKO,
                                              A Professional Association
                                              Attorneys for Plaintiffs

                                              By: /s/ Daniel L. Schmutter
                                                    Daniel L. Schmutter

Dated: January 17, 2010