AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et al. <br> *Plaintiff* <br> v. <br> JON S. CORZINE, Governor of the State of New Jersey, et al. <br> *Defendant* | Civil Action No. 10-271-(JAP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Anne Milgram, Attorney General
    Office of Attorney General
    Hughes Justice Complex
    25 W. Market Street
    Trenton, NJ 08625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH

CLERK OF COURT

Date: 1/19/2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et al. <br> *Plaintiff* <br> v. <br> JON S. CORZINE, Governor of the State of New Jersey, et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 10-271 (JAP) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Jon Corzine, Governor of State of New Jersey
>c/o Office of Attorney General
>Hughes Justice Complex
>25 W. Market Street
>Trenton, NJ 08625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH

CLERK OF COURT

Date: 1/19/2010

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et al.<br>*Plaintiff*<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 10-271 (JAP) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        Township of Washington
        Morris County
        43 Schooley's Mountain Road
        Long Valley, NJ 07853

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH

CLERK OF COURT

Date: 1/19/2010

                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et al.<br>*Plaintiff*<br>v.<br>JON S. CORZINE, Governor of the State of New Jersey, et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  10 - 271 (JAP)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Colonel Rick Fuentes
    Superintendent, New Jersey State Police
    c/o Office of Attorney General
    Hughes Justice Complex
    25 W. Market Street
    Trenton, NJ  08625

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH

CLERK OF COURT

Date: 1/19/2010

                                                                             *Signature of Clerk or Deputy Clerk*