```
FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ  07091-0580
(908) 789-8550
DS (5786)
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson, and Bob's Little Sport Shop
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>Defendants. | Civil Action No.: 10—cv-271 (JAP)(TJB)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**RETURN DATE: MARCH 15, 2010** |

   **PLEASE TAKE NOTICE**, that on March 15, 2010, at 9:30 a.m. or as soon thereafter as Counsel may be heard, Plaintiffs, Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, and Bob's

Little Sport Shop (collectively "Plaintiffs") shall move before the Honorable Joel A. Pisano, U.S.D.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order granting a preliminary injunction pursuant to Fed. R. Civ. P. 65.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the Certifications of Scott L. Bach, Jonathan Friedman, M.D., Daniel Strachman, Kaare A. Johnson, Robert Viden, Steven Yagiello, and Richard Gajda and Brief in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

> FARER FERSKO,
> a Professional Association
> Attorneys for Plaintiffs
> Association of New Jersey Rifle
> and Pistol Clubs, Inc., Scott L.
> Bach, Kaare A. Johnson and Bob's
> Little Sport Shop
>
> By:  /s/ Daniel L. Schmutter
>      Daniel L. Schmutter

Dated: February 3, 2010