

# GOVERNOR'S FIREARMS ADVISORY TASK FORCE

## INITIAL REPORT

Jon S. Corzine
Governor

Honorable Robert D. Bernardi
Burlington County Prosecutor
Chairman

Honorable Fred H. Madden, Jr.
New Jersey State Senator, District 4
Vice-Chairman

November 12, 2009

## Members of the Governor's Firearms Advisory Task Force

Honorable Robert D. Bernardi
Burlington County Prosecutor
Chairman

Honorable Fred H. Madden, Jr.
New Jersey State Senator, District 4
Vice-Chairman

Honorable Sandra B. Cunningham
New Jersey State Senator, District 31

Honorable John J. Burzichelli
New Jersey State Assemblyman, District 3

Honorable Gordon M. Johnson
New Jersey State Assemblyman, District 37

Bryan Miller
Executive Director, CeaseFire NJ

Robert A. Nixon
Association of New Jersey Rifle and Pistol Clubs

Ronald Susswein, Esq.
Assistant Attorney General
Designee for Attorney General Anne Milgram

Lt. Col. Christopher Andreychak
New Jersey State Police
Designee for Col. Rick Fuentes
Superintendent of State Police