FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ 07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson and Bob's Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>Defendants. | Civil Action No.:<br>10-cv-00271 (JAP)(TJB)<br><br>**CERTIFICATION OF KAARE A. JOHNSON** |

I, KAARE A. JOHNSON, hereby certify as follows:

1. I am a Plaintiff in this action, and I reside in Washington Township, Morris County, New Jersey. I am fully familiar with the facts stated herein, and I submit this

certification in support of Plaintiffs' motion for a preliminary injunction.

2. I am a retired middle school teacher and a World War II veteran. In my retirement, I have taken a part time job with a retail firearms dealer.

3. As a collector of firearms, I have a particular interest in certain vintage Colt revolvers. These revolvers are no longer manufactured, so in every instance I must acquire them used.

4. By working in the store, I see used firearms come into the store on a regular basis. When a firearm that interests me comes in, I like to be in a position to purchase it right away, so that it does not disappear. Particularly nice specimens are snapped up quickly by collectors, so one has to be ready to purchase when these items show up in the store.

5. For this reason, I always like to have two or three active Permits to Purchase a Handgun ("Handgun Purchase Permits") at all times. This way when one of my sought after Colt revolvers appears, I can purchase it immediately instead of having to first apply for my Handgun Purchase Permit and wait three or more months. By the time the Handgun Purchase Permit would be issued, the revolver would be gone.

6. Significantly, if more than one of the type of revolver I collect arrives in the store within a 30 day period, the new law would prevent me from acquiring both of them. I would likely have to let one go, as the second one would disappear fairly quickly.

7. I believe I may qualify for the collector exemption under the new law, but I am unaware of any procedure to apply for the exemption. Therefore, even though the law specifically provides that I might qualify to buy two such revolvers within a 30 day period if they came in that way, I am still subject to criminal penalties if I do so.

8. Further, on or about January 7, 2010, I applied to the Washington Township Police Department for two Handgun Purchase Permits.

9. Attached hereto as Exhibit A is a letter dated January 8, 2010 that I received from the Chief of Police stating that "the New Jersey State Police are only permitting one Application for Permit to Purchase a Handgun per month" and returning my fee for the second permit.

10. Subsequent to the filing of the Complaint in this matter, Washington sent me a second letter, dated January 25, 2010, in which it indicated that there was a "misunderstanding" and indicated that I could increase the

number of permits for which I am applying. (See Exhibit B.)

11. I should not have to sue my town to get them to apply the law correctly.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2010

*[signature]*
Kaare A. Johnson