

# WASHINGTON TOWNSHIP
# POLICE DEPARTMENT

LONG VALLEY, MORRIS COUNTY, NEW JERSEY





MICHAEL BAILEY
CHIEF OF POLICE

908-876-3232
FAX 908-876-5655

January 8, 2010

Kaare A. Johnson
215 Mission Road
Hackettstown, NJ 07840

Re: Firearms Permit to Purchase

Dear Mr. Johnson:

As of January 1, 2010 the New Jersey State Police are only permitting one Application for Permit to Purchase a Handgun per month. Therefore, I am returning $2.00 for the second Permit you requested.

If you have any questions I can be reached at 908-876-8315. I am sorry for any inconvenience this may have caused.

Respectfully,

Maureen A. Guenther
For
Michael Bailey
Chief of Police

enclosure

ONE EAST SPRINGTOWN ROAD • LONG VALLEY, NJ 07853