

MICHAEL BAILEY
CHIEF OF POLICE

# WASHINGTON TOWNSHIP
# POLICE DEPARTMENT

LONG VALLEY, MORRIS COUNTY, NEW JERSEY





908-876-3232
FAX 908-876-5855

January 25, 2010

Kaare A. Johnson
215 Mission Road
Hackettstown, NJ 07840

Re: Firearms Permit to Purchase

Dear Mr. Johnson:

In my previous letter to you dated January 8, 2010, I indicated we are only permitted to issue one "Permit to Purchase a Handgun" per month. It is my understanding the information I relayed to you was incorrectly interpreted. You may apply for as many "Permits to Purchase a Handgun", as you like. You are permitted to purchase one handgun per thirty (30) day period.

I am sorry for any misunderstanding this may have caused. If you would like to increase the number of "Permits to Purchase a Handgun" before your current application is completed, please submit the $2.00 fee for each additional permit and we will process them for you.

If you have any questions I may be reached at 908-876-8315.

Respectfully,

Maureen A. Guenther
for Michael Bailey
Chief of Police

MB:mag