FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ 07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson and Bob's Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>Defendants. | Civil Action No.:<br>3:10-cv-00271-JAP-TJB<br><br>**CERTIFICATION OF JONATHAN FRIEDMAN, M.D.** |

I, Jonathan Friedman, M.D. hereby certify as follows:

1. I am an oral and maxillofacial surgeon and a former New York State Trooper. I live in Mendham, New Jersey, and I am fully familiar with the facts stated herein.

2. On or about December 21, 2009, I filled out the paperwork for several permits to purchase a handgun, and I asked my wife to drop the paperwork and fees off at the police station. My application was for two (2) permits. My wife told me that Detective Chris Gobbi informed her that based upon the new one-gun-a-month law, I could only apply for one permit per month.

3. When I heard this from my wife, I called Detective Gobbi and told him that I believed that he was mistaken about the one permit per month limitation. He told me that he would check and get back to me.

4. He called me back the next day and told me that I was, in fact, correct and that he had been mistaken about the one permit per month limitation. He informed me that upon my application being successfully processed I would receive the two permits.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _1-28_, 2010

_____
Jonathan Friedman, M.D.