FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ  07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson and Bob's Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>Defendants. | Civil Action No.: 10-cv-00271 (JAP)(TJB)<br><br>**CERTIFICATION OF STEVEN YAGIELLO** |

I, STEVEN YAGIELLO, hereby certify as follows:

1. I am a crew supervisor for the New Jersey Division of Fish and Wildlife, and a resident of Little Egg Harbor Township, New Jersey, and I am fully familiar with the facts stated herein.

2. On or about December 1, 2009, I submitted an application for a Permit to Purchase a Handgun to the Little Egg Harbor Township Police Department. The application was for three (3) permits.

3. When I submitted my application, I spoke with Detective Malaga, who examined my application to determine if it was completed fully and correctly.

4. When Detective Malaga saw that I was applying for three permits, he told me that if the permits were issued before January 1, 2010, they could issue me all three permits. He said, however, that if the permits were issued after January 1, 2010, after the one gun a month law went into effect, he would not be able to issue more than one permit.

5. When I told Detective Malaga that it was my understanding that I was allowed to apply for more than one permit at a time, Detective Malaga said that they were being told that they could only issue one permit at a time after that.

6. Detective Malaga told me that 30 days after I purchase my handgun and use my permit, I could then apply for another permit.

7. Because the application process for a Permit to Purchase a Handgun often takes several months, if the

police department will only let me first apply for another permit 30 days after one permit is used, then, in reality, I will be required to wait three or four months to purchase a second handgun rather than 30 days.

8. In fact, my paper work did not come back from the State Police until January 7, 2010. Therefore, the Little Egg Harbor Township Police Department issued me only one permit and refunded me $4.00.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2010

_____
Steven Yagiello