FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ 07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson and Bob's Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>Defendants. | Civil Action No.: 10-cv-00271 (JAP)(TJB)<br><br>**CERTIFICATION OF DANIEL STRACHMAN** |

I, Daniel Strachman hereby certify as follows:

1. I am a strategic consultant and author of numerous books and articles on investment strategy and financial matters. I spent more than 15 years working on Wall Street with institutional brokerage firms, mutual funds and investment management companies. I am a former adjunct professor at New York University School of Continuing Education. I am a resident of Fanwood, and I volunteer with the Fanwood Rescue Squad. I am fully familiar with the facts stated herein.

2. On Sunday January 24, 2010, I appeared at the Fanwood Police Department to submit an application for two permits to purchase a handgun. I provided the forms and an $18.00 money order and then left.

3. Approximately one-half hour after I submitted my forms, Sergeant Thomas Jedic called my house and left a message with my wife saying that because of the new one-gun-a-month law, I could only receive one permit to purchase a handgun per month.

4. Considering that it takes several months to apply for and receive a permit, on Tuesday January 26, 2010, I called the Fanwood Police Department and left a message for

Sergeant Jedic asking him why I was limited to one <u>permit</u> per month, as opposed to simply one <u>purchase</u> per month.

5. Sergeant Jedic called me back the next day and told me that he had contacted the State Police, and they had informed him that he was mistaken and that he could issue three permits at a time.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2010

_____
Daniel Strachman