FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ  07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson and Bob's Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>Defendants. | Civil Action No.:<br>10-cv-271 (JAP)(TJB)<br><br>**CERTIFICATION OF RICHARD GAJDA** |

I, Richard Gajda hereby certify as follows:

1. I am a firearms collector and competitive shooter. I am an officer in two not-for-profit firearms



clubs, one of which is a collector's organization, The New Jersey Arms Collectors Club, Inc. I am also an active NRA Certified Instructor, and I train approximately 50 students per year. I am fully familiar with the facts stated herein.

2. I am an avid collector, and approximately one-half of my collection consists of handguns. Because of my collecting activities I regularly apply for multiple permits.

3. Most of my collection consists of vintage military pieces from the Civil War, World War I and World War II. I also have more modern pieces in my collection as well as firearms that I use for competition.

4. In December 2009, I applied for multiple permits to purchase a handgun at my local police department in Clinton Township, New Jersey. I am well known to my local police due to my collecting activities.

5. My police department informed me that after January 1, 2010, not only could they issue only <u>one permit per month</u> but they will not even accept an application for a second permit until the first permit is used.

6. Because the handgun permit process typically takes between three and four months, this effectively limits me not to one handgun every 30 days but to <u>three or</u>

four handguns per year, since I cannot even begin an application for a second handgun until after I use my first permit.

7. Further, I understand that the one-gun-a-month law was amended in early January to include an exemption for collectors. Although I believe I qualify for the exemption due to the volume of my collecting activities, I am unaware of any method to apply for such an exemption.

8. Therefore, even though the law allows me to purchase more than one handgun within a 30 day period, I cannot lawfully do so because there appears to be no way for the State Police to grant me the exemption for which I qualify.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2010

*[signature]*
Richard Gajda