FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ 07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson and Bob's Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>Defendants. | Civil Action No.:<br>10-cv-00271 (JAP)(TJB)<br><br>**CERTIFICATION OF ROBERT VIDEN** |

I ROBERT VIDEN hereby certify as follows:

1. I am the owner of Bob's Little Sport Shop, Inc. ("Bob's"), a plaintiff in this matter, and I am fully

familiar with the facts stated herein. I submit this certification in support of Plaintiffs' motion for a preliminary injunction.

2. Bob's is a federally and State licensed retail firearms dealer. We have been in business in Glassboro, New Jersey since 1965

3. Since the one gun a month law went into effect on January 1, 2010, we have had numerous customers come into the store very confused about how the new law is supposed to work. Unfortunately, neither the Attorney General nor the State Police have issued any guidance to retailers regarding this new law.

4. This is especially problematic because I understand that there were exemptions to the law enacted in the beginning of January, yet no one knows how to qualify for those exemptions.

5. We have collectors and competitors in our store on a regular basis. Collectors often wish to purchase matched pistol sets or multi-gun lots and they now cannot do so, even if they qualify for one of the exemptions.

6. A matched set is generally a set of two or more handguns that bear some sort of significant relationship to each other. So, for example, a manufacturer may issue a set of handguns with consecutive serial numbers. Such a

set is sought after by collectors, and its value depends on purchasing and keeping the two handguns together. Unless someone can qualify for one of the exemptions, we can no longer sell such sets to our customers.

7. Similarly, collections are often sold in lots which the seller will usually not break up. So a purchaser must be in a position to purchase the entire multi-gun lot or forego the collection entirely.

8. Competitors face a similar problem with the new law. Competitors often engage in multi-gun event categories (e.g. a "Three-Gun Match") which require the competitor to have a set of handguns in several specified calibers. Competitors typically need to buy these simultaneously, and the new law makes this impossible.

9. Thus, if they cannot obtain approval from the State Police for these exemptions, collectors and competitors are essentially barred from these types of purchases, even though the law is supposed to allow them.

10. The worst part for retailers like us is that we are left having no idea what to do or what to tell our customers, some of whom we must turn away, even where they would qualify for an exemption that would allow us to sell them more than one handgun at a time.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January __, 2010

*[signature]*

Robert Viden