JANSEN & DEBONA, LLC
413 WEST MAIN STREET
BOONTON, NEW JERSEY 07005
PHONE: (973) 334-0031
FAX: (973) 334-2023
ATTORNEY FOR THE DEFENDANT,
TOWNSHIP OF WASHINGTON (Morris County)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JESREY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>**Plaintiffs**<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>**Defendants.** | Civil Action No. 10-271 (JAP)<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO L.CIV.R. 6.1** |

Application is hereby made for an Order extending the time within which Defendant, Township of Washington (Morris County) ("Defendant") may answer, move or otherwise reply to the Complaint filed by Plaintiffs, Association of New Jersey Rifle and Pistol Clubs, Inc.; Scott L. Bach; Kaare A. Johnson; and Bob's Little Sport Shop, Inc. ("Plaintiffs"), and it is represented that:

    1.    No previous extension has been obtained.

2.  On January 19, 2010, Plaintiffs served a Complaint upon Defendant, by personal service. As such, a response to Plaintiffs' Complaint is currently due on February 9, 2010.

3.  Pursuant to Local Civil Rule 6.1 Defendant hereby requests an extension of time to answer, move or otherwise respond through February 24, 2010.

                                          JANSEN & DeBONA, LLC
                                          413 West Main Street
                                          Boonton, NJ 07005
                                          (973) 334-0031
                                          Attorneys for Defendant, Township of Washington (Morris County)

Dated: February 4, 2010                     By: _____
                                                    Paula J. DeBona

**ORDER**

The above application is GRANTED and the time within which Defendant shall answer or otherwise move is extended to February 24, 2010.

ORDER DATED: _____

                                          WILLIAM T. WALSH, CLERK

                                          By: _____
                                              Deputy Clerk