PAULA T. DOW
Acting Attorney General of New Jersey
R. J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for defendants Jon Corzine, Anne Milgram, and Colonel Rick
      Fuentes

By:   Larry R. Etzweiler
      Senior Deputy Attorney General
      (609) 633-7786
      larry.etzweiler@dol.lps.state.nj.us

---

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation,<br><br>　　　　Plaintiffs,<br><br>　　　　　　　　v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>　　　　Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>VICINAGE OF TRENTON<br><br>Honorable Joel A. Pisano, U.S.D.J.<br><br>Civil Action No. 3:10-cv-271-JAP -TJB<br><br>APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY<br><br>(L.Civ.R. 6.1(b)) |

　　　Application is hereby made for a Clerk's Order extending by 15 days the time within which defendants Jon Corzine, Anne Milgram, and Colonel Rick Fuentes may answer, move or otherwise reply to the Complaint filed by plaintiffs herein; and it is represented that

1) No previous extension has been obtained for answering, moving, or otherwise replying to this Complaint.

2) Each of these defendants was served with process on -- or was made aware of the complaint by receiving a copy of it and waived service of process effective -- January 19, 2010;

3) The time to answer, move of otherwise reply to the complaint expires on February 9, 2010.

                          Respectfully submitted,

                          PAULA T. DOW
                          Acting Attorney General of New Jersey

                          By:   /s/ Larry R. Etzweiler
                              Larry R. Etzweiler
                              Senior Deputy Attorney General

Dated: February 5, 2010

    The above application is ORDERED GRANTED and the time within which defendants Jon Corzine, Anne Milgram, and Colonel Rick Fuentes shall answer, move or otherwise reply is extended for fifteen (15) days, to February 24, 2010.

                          WILLIAM T. WALSH, CLERK

                          By:_____
                          Deputy Clerk