UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – TRENTON VICINAGE

**JANSEN & DEBONA, LLC**
**413 WEST MAIN STREET**
**BOONTON, NEW JERSEY 07005**
**PHONE: (973) 334-0031**
**FAX: (973) 334-2023**
**ATTORNEY FOR THE DEFENDANT,**
**TOWNSHIP OF WASHINGTON (Morris County)**

---

| | |
|---|---|
| **ASSOKIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.**, a New Jersey Not for Profit Corporation; **SCOTT L. BACH; KAARE A. JOHNSON;** and **BOB'S LITTLE SPORT SHOP, INC.**, a New Jersey Corporation<br><br>  Plaintiffs<br>v.<br><br>**JON S. CORZINE**, Governor of the State of New Jersey; **ANNE MILGRAM**, Attorney General of the State of New Jersey; **COLONEL RICK FUENTES**, Superintendent, Division of New Jersey State Police; **WASHINGTON TOWNSHIP (Morris County)**; and **XYZ MUNICIPALITIES 1-565**;<br><br>  Defendants. | Civil Action No. 10-271 (JAP)<br><br>NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1)<br><br>ORAL ARGUMENT NOT REQUESTED<br><br>RETURNABLE: APRIL 5, 2010 |

---

**PLEASE TAKE NOTICE** that on April 5, 2010, at 9:30 a.m. or as soon thereafter as Counsel may be heard, Defendant Washington Township (Morris County), a municipal corporation of the State of New Jersey, ("Washington Township") shall move before the honorable Joel A. Pisano, U.S.D.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order dismissing Plaintiffs, Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, and Bob's Little Sport Shop (collectively

"Plaintiffs") Complaint (Counts 7 & 8) against Washington Township in its entirety pursuant to Fed.R.Civ.P. 12(b)(1).

**PLEASE TAKE FURTHER NOTICE** that Washington Township shall rely upon its moving brief and the Certifications of Plaintiffs filed 2/3/2010 in the within action, and the Certification of Washington Township's Chief of Police, Michael Bailey, filed herewith, in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that Washington Township does not request oral argument.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

JANSEN & DeBONA, LLC
413 West Main Street
Boonton, NJ 07005
(973) 334-0031
Attorneys for Defendant, Township
of Washington (Morris County)

Dated: February 24, 2010

By: *Paula J. DeBona*
Paula J. DeBona

2