# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY - TRENTON VICINAGE

JANSEN & DEBONA, LLC
413 WEST MAIN STREET
BOONTON, NEW JERSEY 07005
PHONE: (973) 334-0031
FAX: (973) 334-2023
ATTORNEY FOR THE DEFENDANT,
TOWNSHIP OF WASHINGTON (Morris County)

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs<br><br>v.<br><br>JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565;<br><br>Defendants. | Civil Action No. 10-271 (JAP)<br><br>CERTIFICATION OF MICHAEL BAILEY |

I, MICHAEL BAILEY, hereby certify as follows:

1. I am the Chief of Police of Washington Township, Morris County.

2. I am aware of the recent legislation limiting handgun purchases. It had been the subject of a discussion at a Chiefs' Association meeting that I attended. I discussed it with Maureen Guenther, my administrative assistant, following that meeting.

3. I did not meet or speak directly with Mr. Kaare A. Johnson in early January, 2010 regarding his request for multiple Permits to Purchase a Handgun, nor did I correspond directly with him.

4. I did see a copy of Ms. Guenther's January 8, 2010 letter to Mr. Johnson, a copy of which is attached hereto as Exhibit A, advising that "as of January 1, 2010 the New Jersey State Police are only permitting one Application for Permit to Purchase a Handgun per month. Therefore, I am returning $2.00 for the second permit you requested . . ." but not until after the filing of the Federal District Court lawsuit.

5. When I became aware that Washington Township had been named as a defendant in a lawsuit challenging the legislation, I directed Ms. Guenther to locate and provide to me copies of all correspondence, memoranda, or other instructions on how to process permit applications pursuant to the recent legislation that had been received from the New Jersey State Police or the Office of the Attorney General. When she was unable to locate anything in writing, I directed her to contact Lieutenant Schlueter of the State Police Firearms Unit for guidance.

6. After speaking with Lieutenant Schlueter and at my direction, Ms. Guenther then authored a second letter to Mr. Johnson, dated January 25, 2010, a copy of which is attached hereto as Exhibit B, advising that multiple permits may be applied for and issued, but only one handgun can be purchased per thirty (30) day period; apologizing for any inconvenience the misunderstanding may have caused; and informing Mr. Johnson that the department was prepared to process additional applications.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2010

*[signature]*
Michael Bailey

# EXHIBIT A





# WASHINGTON TOWNSHIP
# POLICE DEPARTMENT

LONG VALLEY, MORRIS COUNTY, NEW JERSEY

**MICHAEL BAILEY**
**CHIEF OF POLICE**

908-876-3232
FAX 908-876-5655

January 8, 2010

Kaare A. Johnson
215 Mission Road
Hackettstown, NJ 07840

Re: Firearms Permit to Purchase

Dear Mr. Johnson:

As of January 1, 2010 the New Jersey State Police are only permitting one Application for Permit to Purchase a Handgun per month. Therefore, I am returning $2.00 for the second Permit you requested.

If you have any questions I can be reached at 908-876-8315. I am sorry for any inconvenience this may have caused.

Respectfully,

Maureen A. Guenther
For
Michael Bailey
Chief of Police

enclosure

# EXHIBIT B



MICHAEL BAILEY
CHIEF OF POLICE

# WASHINGTON TOWNSHIP
# POLICE DEPARTMENT

LONG VALLEY, MORRIS COUNTY, NEW JERSEY





908-876-3232
FAX 908-876-5855

January 25, 2010

Kaare A. Johnson
215 Mission Road
Hackettstown, NJ 07840

Re: Firearms Permit to Purchase

Dear Mr. Johnson:

In my previous letter to you dated January 8, 2010, I indicated we are only permitted to issue one "Permit to Purchase a Handgun" per month. It is my understanding the information I relayed to you was incorrectly interpreted. You may apply for as many "Permits to Purchase a Handgun", as you like. You are permitted to purchase one handgun per thirty (30) day period.

I am sorry for any misunderstanding this may have caused. If you would like to increase the number of "Permits to Purchase a Handgun" before your current application is completed, please submit the $2.00 fee for each additional permit and we will process them for you.

If you have any questions I may be reached at 908-876-8315.

Respectfully,

Maureen A. Guenther
for Michael Bailey
Chief of Police

MB:mag