**JANSEN & DeBONA, LLC**
ATTORNEYS AT LAW

413 WEST MAIN STREET
BOONTON, NEW JERSEY 07005
(973) 334-0031

FACSIMILE (973) 334-2023

OF C
FRE

February 24, 2010

**ELECTRONIC FILING**

rk, United States District Court
rkson S. Fisher Federal Building
2 E. State Street
nton, NJ 08608

    **Re:**    **Association of New Jersey Rifle and Pistol Clubs, Inc., et al. v.
Jon S. Corzine, et als.
Civil Action No. 10-271-JAP-TJB**

ar Sir/Madam:

Enclosed please find the following documents:

1. Notice of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1)
2. Brief in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1)
3. Certification of Michael Bailey
4. Order Dismissing All Claims Raised in the Complaint Against Defendant Washington Township

                                         Very truly yours,

                                         Paula J. DeBona