```
PAULA T. DOW
Attorney General of New Jersey
R. J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for the Governor of the State of New Jersey, the Attorney
     General of the State of New Jersey, and the Superintendent of
     the New Jersey Division of State Police, Defendants

By:   Larry R. Etzweiler
      Senior Deputy Attorney General
      (609) 633-7786
      larry.etzweiler@dol.lps.state.nj.us
```

_____

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>VICINAGE OF TRENTON |
| Plaintiffs, | Honorable Joel A. Pisano, U.S.D.J. |
| v. | |
| JON S. CORZINE, Governor of the State of New Jersey; ANNE MILGRAM, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); and XYZ MUNICIPALITIES 1-565; | CIVIL ACTION No. 10-cv-271-JAP-TJB<br><br>Notice of Motion for Dismissal of Complaint Pursuant to Fed.R.Civ.P. 12(b)(1) and Fed.R.Civ.P. 12(b)(6) |
| Defendants. | |

_____

```
TO:      CLERK OF THIS COURT

         Daniel L. Schmutter, Esq.
         Farer & Fersko, PA
         600 South Avenue
         P.O. Box 580
         Westfield, N.J. 07091-0580
         attorney for plaintiffs
```

```
AND TO:  Paula J. DeBona
         Jansen & DeBona, LLC
         413 West Main Street
         Boonton, NJ 07005
         attorney for codefendant Washington Township
```

PLEASE TAKE NOTICE that on April 5, 2010, Paula T. Dow, Attorney General of New Jersey, Attorney for the Governor of the State of New Jersey, the Attorney General of the State of New Jersey, and the Superintendent of the New Jersey Division of State Police, defendants in this action, sill move on behalf of these defendants pursuant to Fed.R.Civ.R. 12(b)(1) and Fed.R.Civ.R. 12(b)(6) for an Order dismissing plaintiffs' complaint: (1) with prejudice insofar as it alleges federal claims against these defendants, and (2) without prejudice for the Court's lack of jurisdiction or declination to exercise jurisdiction insofar as it alleges State-law claims against these defendants.

PLEASE TAKE FURTHER NOTICE that these moving defendants will rely upon the accompanying brief. A proposed form of Order is included.

```
                              PAULA T. DOW
                              ATTORNEY GENERAL OF NEW JERSEY


                         BY:   /s/ Larry R. Etzweiler
                              Larry R. Etzweiler
                              Senior Deputy Attorney General
```

Dated: February 24, 2010