# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giountikos
Maura E. Blau

Keith P. McManus
Marjan F. Disler

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

March 5, 2010

<u>Via ECF</u>
Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
  and U.S. Courthouse
402 E. State Street
Trenton, NJ  08608

Re:   ANJRPC, et seq. v. Jon Corzine, Governor of New Jersey et al.
      Docket No.: 3:10-cv-00271-JAP-TJB

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter. Our Motion for Preliminary Injunction is currently returnable on March 15, 2010. The Attorney General of the State of New Jersey has filed a Motion to Dismiss on behalf of Defendants Jon S. Corzine, Anne Milgram and Colonel Rick Fuentes, returnable on April 5, 2010. Defendant Washington Township has also filed a Motion to Dismiss which is returnable on April 5, 2010.

We respectfully request an adjournment of our Motion to April 5, 2010, to allow our Motion to be heard in conjunction with Defendants' motions.

All counsel have consented to the adjournment.

Respectfully submitted,

/s/ Daniel L. Schumtter

Daniel L. Schmutter
CC: Larry Etzweiler, Esq.
    John Jansen, Esq.


SO ORDERED:

_____
Hon. Joel A. Pisano, U.S.D.J.

600 South Avenue, PO Box 580, Westfield, NJ 07091  tel 908.789.8550  fax 908.789.8660  farerlaw.com