```
FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ  07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson, Vincent Furio, Steven Yagiello
and Bob's Little Sport Shop, Inc.
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>Defendants. | Civil Action No.:<br>10-cv-271 (JAP)(TJB)<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

**THIS MATTER** having been brought before the Court on the Plaintiffs' Motion for Preliminary Injunction by their attorneys Farer Fersko, P.A. (Daniel L. Schmutter, Esq. appearing) and Paula T. Dow, Attorney General of the State of New Jersey (Larry R. Etzweiler, Senior Deputy Attorney General) appearing on behalf of Defendants Christopher J. Christie, Governor of the State of New Jersey ("Christie"), Paula T. Dow, Attorney General of the State of New Jersey ("Dow") and Colonel Rick Fuentes, Superintendent, Division of New Jersey State Police ("Fuentes"); Washington Township (Morris County) appearing by its attorneys Jansen & DeBona, LLC (John Jansen, Esq.); City of Hackensack appearing by its attorneys _____; Little Egg Harbor Township appearing by its attorneys _____; and the Court having reviewed the papers and heard the arguments of counsel for the respective parties; and for good cause shown;

**IT IS**, on this _____ day of _____, 2010, **ORDERED** as follows:

1. Plaintiffs' Motion for preliminary injunction is hereby granted in its entirety and without bond;

2. Defendants and their officers, agents, servants, employees, attorneys and other persons who are in active concert or participation with the foregoing are hereby

preliminarily enjoined from enforcing N.J.S. 2C:58-2 and/or N.J.S. 2C:58-3 and/or any other provision of New Jersey law to the extent the foregoing provisions of law prohibit or restrain the purchase, sale, transfer, delivery or acquisition of more than one (1) handgun within a 30 day period;

    3.    Defendants are hereby enjoined from restricting the number of permits to purchase a handgun a person may apply for and receive at one time as long as such person is qualified to receive one (1) permit to purchase a handgun;

    4.    Defendants Dow and/or Fuentes (whichever has appropriate jurisdiction and/or authority) shall within two (2) days of the date of this order issue a guidance document and/or notification to all police departments within the State of New Jersey responsible for issuing permits to purchase a handgun stating that persons who qualify to receive a permit to purchase a handgun are not limited in the number of permits to purchase a handgun they may apply for and receive at one time.  A copy of the guidance document and/or notification and an affidavit of service upon all police departments shall be filed with the Court and served upon all counsel within five days of the date of this order;

    5.   While this preliminary injunction is in effect, there shall be no limitation on the number of handguns that may be purchased, sold, transferred or delivered within a 30 day period as long as the purchaser or transferee has one permit to purchase a handgun for each handgun purchased, sold, transferred or delivered;

    6.   The within preliminary injunction shall remain in effect unless otherwise ordered by the Court; and

    7.   A copy of this Order shall be served upon the attorneys for all parties within _____ days of this entry.

_____
Hon. Joel A. Pisano, U.S.D.J.