FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ  07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson, Vincent Furio, Steven Yagiello
and Bob's Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>Defendants. | Civil Action No.:<br>10-cv-271 (JAP)(TJB)<br><br>**CERTIFICATION OF VINCENT FURIO** |

I, Vincent Furio, hereby certify as follows:

1. I am a Plaintiff in this action, and I reside in Hackensack, New Jersey. I am fully familiar with the facts stated herein, and I submit this certification in support of Plaintiffs' motion for a preliminary injunction.

2. I am a Vice President of Sales for Euler Hermes ACI, selling business credit insurance.

3. I am also a competitive shooter and hunter, and I am aware that New Jersey has passed legislation restricting the sale and purchase of handguns to one handgun per month ("One Gun Law").

4. As a competitive shooter, I take part in sanctioned handgun shooting competitions, and I have need from time to time to purchase multiple handguns in a 30 day period for training and competition purposes.

5. I understand that the One Gun Law was amended in early January to include an exemption for competitive shooters. Although I believe I qualify for the competitor exemption, I am unaware of any procedure to apply for the exemption.

6. In late January, I spoke with Sergeant Rossi at the Firearms Unit of the New Jersey State Police, and I was told that there is not yet any procedure in place for anyone to apply for an exemption under the One Gun Law.

7. I then called my State Senator, Loretta Weinberg, and spoke with her chief of staff Debbie Francica. I explained to her my desire to obtain the competitor exemption and my frustration in there being no means to do so. Accordingly, Ms. Francica copied me on an e-mail she sent to Lieutenant Colonel Gilbert at the State Police on my behalf inquiring as to the availability of the competitor exemption (see Exhibit A, attached hereto). Ms. Francia told me that the response she received from the State Police was that there is no means in place to obtain any of the exemptions.

8. Therefore, even though the law specifically provides that I likely qualify to purchase more than one handgun within a 30 day period, I cannot lawfully do so because there appears to be no procedure allowing me to apply for the exemption.

9. Further, on or about February 23, 2010, I tried to apply for three permits to purchase a handgun ("Handgun Purchase Permits") at my local police department in Hackensack, New Jersey.

10. Because the permit process typically takes considerable time, I usually apply for more than one permit at a time.

11. The records clerk at the Hackensack Police Department informed me that I can only apply for <u>one permit</u> per month.

12. I then spoke with Sergeant Richard Levis, who informed me that the Hackensack Police Department has received conflicting advice from the New Jersey State Police regarding the issuance of more than one permit per month.

13. Sergeant Levis stated that the Hackensack Police Department will not issue more than one permit per month until they receive clear direction from the State Police allowing them to do so.

14. Therefore, even if the State were to implement a process by which I could apply for the competitor exemption, I would still be unable to purchase more than one handgun per month because the Hackensack Police Department will not allow me to apply for multiple permits at a time.

15. Further, whether or not I obtain the competitor exemption, I am allowed by law to save time and expense by obtaining more than one permit at a time and using them in compliance with the One Gun Law. Yet, the erroneous policy of the Hackensack Police Department increases the cost and difficulty of applying for permits and further restricts

the number of handguns I can purchase beyond the restrictions in the One Gun Law.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2010

_____
Vincent Furio