**From:** Weinberg, Sen. D.O.
**To:** lpgilbt@gw.njsp.org
**Cc:** Vinmeganaga@gmail.com
**Sent:** Wednesday, January 27, 2010 5:40 PM
**Subject:** Constituent Question: Vincent Furio/Hackensack - S3104 -- One handgun a month law

Dear Lt. Col. Gilbert,

Vincent Furio of Hackensack (201) 407-9988, contacted our District office regarding the exemption that is contained in the One Gun a Month Law.

There is an exemption that states *"the Superintendent of the State Police may grant an exemption from the restriction on the purchase of handguns if the applicant participates in sanctioned handgun shooting competitions and needs to purchase or otherwise receive multiple handguns in a single transaction within a 30 day period and the need is related to the applicant's competitive shooting activities, including use in or training for sanctioned competitions."*

Mr. Furio is a competitive shooter. He tried contacting the state police at 609-882-2000 (ext 6619) to ask about the required application for a competitive shooter to receive this exemption and the state police told him that they had no such application.

We would appreciate it if you could give us some guidance so that we can advise Mr. Furio how to proceed. Thank you in advance for any assistance you can offer concerning this matter.

Debbie Francica
Chief of Staff, Senator Loretta Weinberg
District 37

3/11/2010