FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ  07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson, Vincent Furio, Steven Yagiello
and Bob's Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>                    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>                    Defendants. | Civil Action No.:<br>10-cv-00271-JAP-TJB<br><br><br>**CERTIFICATION OF SERVICE** |

Daniel L. Schmutter, Esq. hereby certifies as follows:

1.      I am a Partner at the Law Firm of Farer Fersko, P.A.  In this capacity, I am fully

familiar with the facts stated below and make this Certification from my own personal

knowledge.

2.      On March 12, 2010 I caused an original of the following documents to be served upon Little Egg Harbor Township at the Office of the Clerk, Township of Little Egg Harbor, 655 Radio Road, Little Egg Harbor, New Jersey, via hand delivery:

- Summons addressed to Township of Little Egg Harbor;
- Amended Complaint;
- Proposed Form of Order (amended to reflect new caption);
- Original Complaint; Rule 7.1 Statement; Civil Cover Sheet;
- Notice of Motion for Preliminary Injunction; Brief; Certification of Scott Bach; Certification of Richard Gajda; Certification of Steven Yagiello; Certification of Kaare Johnson; Certification of Jonathan Friedman; Certification of Daniel Strachman; Certification of Vincent Furio; Certification of Robert Viden; Proposed Form of Order (with old caption)
- Brief on behalf of Governor of the State of New Jersey in Opposition to   Motion for Preliminary Injunction;
- Notice to Motion of Governor of the State of New Jersey, to Dismiss; Brief; Proposed Form of Order;
- Notice to Motion of Washington Township to Dismiss, Brief, Proposed Form of Order, Certification of Michael Bailey.

3.      On the same date, I caused a copy of the above-referenced documents to be served on the City of Hackensack at the Office of the Clerk, City of Hackensack, 65 Central Avenue, Hackensack, New Jersey, via hand delivery.

4.      On February 3, 2010, I caused a copy of a Notice of Motion for Preliminary Injunction; Brief; Certification of Scott Bach; Certification of Richard Gajda; Certification of Steven Yagiello; Certification of Kaare Johnson; Certification of Jonathan Friedman; Certification of Daniel Strachman; Certification of Robert Viden; Proposed Form of Order, to be served on the following via ECF:

- Paula J. DeBona, Esq.
  Jansen & Debona
  413 West Main Street
  Boonton, New Jersey 07005
  Attorneys for Washington Township

- Larry Etzweiler, Esq., DAG
  c/o Office of Attorney General
  Hughes Justice Complex
  25 W. Market Street
  Trenton, NJ  08625
  Counsel for Christopher J. Christie, Governor of New Jersey, Paula T. Dow, Attorney
  General of New Jersey and Rick Fuentes, Superintendent of New Jersey State Police

5.      On March 11, 2010, I caused a copy of the Certification of Vincent Furio and Proposed

Form of Order (Amended to Reflect New Caption), to be served on the following via ECF:

- Paula J. DeBona, Esq.
  Jansen & Debona
  413 West Main Street
  Boonton, New Jersey 07005
  Attorneys for Washington Township


- Larry Etzweiler, Esq., DAG
  c/o Office of Attorney General
  Hughes Justice Complex
  25 W. Market Street
  Trenton, NJ  08625
  Counsel for Christopher J. Christie, Governor of New Jersey, Paula T. Dow, Attorney
  General of New Jersey and Rick Fuentes, Superintendent of New Jersey State Police



I certify under penalty of perjury that the foregoing is true and correct.


/S/ Daniel L. Schmutter, Esq._____
Daniel L. Schmutter, Esq.

Dated: March 12, 2010