PAULA T. DOW
Attorney General of New Jersey
R. J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for defendants Christopher J. Christie, Paula T. Dow, and
     Colonel Rick Fuentes

By:   Larry R. Etzweiler
      Senior Deputy Attorney General
      (609) 633-7786
      larry.etzweiler@dol.lps.state.nj.us

---

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>VICINAGE OF TRENTON<br><br>Honorable Joel A. Pisano, U.S.D.J.<br><br>Civil Action No. 3:10-271-JAP -TJB<br><br>APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY<br><br>(L.Civ.R. 6.1(b)) |

  Application is hereby made for a Clerk's Order extending by 15 days the time within which defendants Christopher J. Christie, Paula T. Dow, and Colonel Rick Fuentes may answer, move or otherwise reply to the amended Complaint filed by plaintiffs herein; and it is represented that

1) No previous extension has been obtained for answering, moving, or otherwise replying to this amended Complaint. (However, on February 5, 2010, former defendants Jon Corzine and Anne Milgram and current defendant Colonel Rick Fuentes applied for and obtained a L.Civ.R. 6.1(b) 15-day extension of time to reply to the original complaint.)

2) On March 10, 2010, the amended complaint was electronically filed and electronically served upon the undersigned attorney for these defendants.

3) In accordance with Fed.R.Civ.P. 15(a)(3) (affording 10 days for an existing party to respond to an amended complaint) and the last sentence of Electronic Case Filing Policies and Procedures part 5 (September 1, 2008) appended to L.Civ.R. 5.2 (adding three days to the prescribed period to respond when service is electrically effected); and in further accordance with the assumption that an amended complaint that effects the Fed.R.Civ.P. 25(d) substitution of newly-elected or newly-appointed public officers in their official capacities (in this case, the substitution of Governor Christopher J. Christie for former Governor Corzine and the substitution of Attorney General Paula T. Dow for former Attorney General Milgram) does not constitute the joinder of new parties for whom the time limitations of Fed.R.Civ.P. 12(a)(1)(A) would apply, the time for these defendants to answer, move or

otherwise reply to the amended complaint expires on March 23, 2010.

                                Respectfully submitted,

                                PAULA T. DOW
                                Attorney General of New Jersey

                                By:   /s/ Larry R. Etzweiler
                                    Larry R. Etzweiler
                                    Senior Deputy Attorney General

Dated: March 22, 2010

    The above application is ORDERED GRANTED and the time within which defendants Christopher J. Christie, Paula T. Dow, and Colonel Rick Fuentes shall answer, move or otherwise reply is extended for fifteen (15) days, to April 7, 2010.

                                WILLIAM T. WALSH, CLERK

                                By:_____
                                Deputy Clerk