**JANSEN & DEBONA, LLC**
**413 WEST MAIN STREET**
**BOONTON, NEW JERSEY 07005**
**PHONE: (973) 334-0031**
**FAX: (973) 334-2023**
**ATTORNEY FOR THE DEFENDANT,**
**TOWNSHIP OF WASHINGTON (Morris County)**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY – TRENTON VICINAGE**

| | |
|---|---|
| **ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation,** ) | **Honorable Joel A. Pisano, U.S.D.J.** |
| **Plaintiffs** ) | **Civil Action No. 10-271 (JAP-TJB)** |
| **v.** ) | **APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO L.CIV.R. 6.1(b)** |
| **CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563** ) | |
| **Defendants.** | |

Application is hereby made for a Clerk's Order extending by 15 days the time within which Defendant, Township of Washington (Morris County) ("Defendant") may answer, move or otherwise reply to the Amended Complaint filed by Plaintiffs herein, and it is represented that:

1. No previous extension has been obtained for answering, moving or otherwise replying to this Amended Complaint. (However, on February 4, 2010, this Defendant

applied for and obtained a L.Civ.R. 6.1(b) 15-day extension of time to reply to the original Complaint.)

2. On March 10, 2010, the Amended Complaint was electronically filed and electronically served upon the undersigned attorney for this Defendant.

3. In accordance with Fed.R.Civ.P. 15(a)(3) (affording 10 days for an existing party to respond to an amended complaint) and the last sentence of Electronic Case Filing Policies and Procedures (as Amended September 1, 2008) Part 5 appended to L.Civ.R. 5.2 (adding three days to the prescribed period to respond when service is electronically effected), the time for this Defendant to answer, move or otherwise reply to the Amended Complaint expires on March 23, 2010.

3. Pursuant to L.Civ.R. 6.1(b) Defendant hereby requests an extension of time to answer, move or otherwise respond through April 7, 2010.

JANSEN & DeBONA, LLC
413 West Main Street
Boonton, NJ 07005
(973) 334-0031
Attorneys for Defendant, Township
of Washington (Morris County)

Dated: March 23, 2010

By: /s/ Paula J. DeBona
Paula J. DeBona

### ORDER

The above application is GRANTED and the time within which Defendant shall answer, move or otherwise reply is extended for fifteen (15) days to April 7, 2010.

ORDER DATED: _____

WILLIAM T. WALSH, CLERK

By:_____
Deputy Clerk