# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

March 29, 2010

Via ECF

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
  and U.S. Courthouse
402 E. State Street
Trenton, NJ  08608

RECEIVED
4/1/2010
MAR 31 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giounnkos
Maura E. Blau

Keith P. McManus
Marjan F. Disler

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

Re:  ANJRPC, et al. v. Christopher J. Christie, Governor of New Jersey, et al.
     Docket No.: 3:10-cv-00271-JAP-TJB
     Our File No.: 011901

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter. Our Motion for Preliminary Injunction is currently returnable on April 5, 2010. The Attorney General of the State of New Jersey has filed a Motion to Dismiss on behalf of Defendants Christopher J. Christie, Paula T. Dow and Colonel Rick Fuentes, which is also returnable on April 5, 2010. Reply briefs are due March 29, 2010 in each motion.

Plaintiffs and Defendants Christopher J. Christie, Paula T. Dow and Colonel Rick Fuentes jointly request an extension of time to April 6, 2010 to file their respective Reply Briefs.

All counsel have consented to the extension.

Respectfully submitted,

/s/ Daniel L. Schmutter

Daniel L. Schmutter
CC: Larry Etzweiler, Esq.
    John Jansen, Esq.
    Joseph Zisa, Esq.
    Michael Gilmore, Esq.

SO ORDERED:

_____
Hon. Joel A. Pisano, U.S.D.J.