**ZISA AND HITSCHERICH, ESQS.**
77 HUDSON STREET
HACKENSACK, NEW JERSEY 07601
(201) 342-1103
ATTORNEYS FOR DEFENDANT,
CITY OF HACKENSACK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation, | HONORABLE Joel A. Pisano, U.S.D.J. Civil Action No.: 10-271 (JAP-TJB) |

                                    **Plaintiff,**

**v.**

**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO L.CIV.R.6.1 (b)**

**CHRISTOPHER J. CHRISTIE, Govenor Of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-535,**

                                    **Defendants**

_____

Application is hereby made for a Clerk's Order extending by 15 days the time within which Defendant, City of Hackensack, ("Defendant") may answer, move or otherwise reply to the Amended Complaint filed by Plaintiffs herein, and it is represented that:

1. No previous extension has been obtained for answering, moving or otherwise replying to the Amended Complaint. (This party was added to the litigation by way of Amended Complaint).

2. On March 10, 2010, the Amended Complaint was electronically filed and was served upon the City of Hackensack on March 12, 2010.  The time for this Defendant to answer, move or otherwise reply to the Amended Complaint expires April 1, 2010.

3. Pursuant to L.Civ.R.6.1(b) Defendant hereby request an extension of time to answer, move or otherwise plead through April 16, 2010.

ZISA & HITSCHERICH
Attorneys for Defendant, City of Hackensack


BY:   /s Craig M. Pogosky                      
        CRAIG M. POGOSKY, ESQ. (5849)

Dated: April 1, 2010


**<u>ORDER</u>**

The above application is GRANTED and the time within which Defendant shall answer, move or otherwise reply is extended for fifteen (15) days to April 16, 2010.

WILLIAM T. WALSH, CLERK


By: _____
        Deputy Clerk

DATED: