PAULA T. DOW
Attorney General of New Jersey
R. J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for the Governor of the State of New Jersey, the Attorney
    General of the State of New Jersey, and the Superintendent of
    the New Jersey Division of State Police, Defendants

By:  Larry R. Etzweiler
     Senior Deputy Attorney General
     (609) 633-7786
     larry.etzweiler@dol.lps.state.nj.us

_____

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation, : : : : : : | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
|     Plaintiffs, : | VICINAGE OF TRENTON |
| : | Honorable Joel A. Pisano, U.S.D.J. |
| v. : | CIVIL ACTION No. 10-cv-271-JAP-TJB |
| CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563; : : : : : : : : : | Notice of Motion for Leave to Rely Upon Pending Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of the Original Complaint as the State Defendants' Responsive Pleading in Lieu of Answer to the Amended Complaint |
|     Defendants. : | |

_____

TO:    CLERK OF THIS COURT

       Daniel L. Schmutter, Esq.
       Farer & Fersko, PA
       600 South Avenue
       P.O. Box 580
       Westfield, N.J. 07091-0580
       attorney for plaintiffs

```
AND TO:  Paula J. DeBona
         Jansen & DeBona, LLC
         413 West Main Street
         Boonton, N.J. 07005
         attorney for codefendant Washington Township

         Michael J. Gilmore, Esq.
         10 Allen Street
         4th Floor
         Toms River, N.J. 08753
         attorney for codefendant Little Egg Harbor Township

         Craig M. Pogosky, Esq.
         Zisa and Hitscherich, Esqs.
         77 Hudson Street
         Hackensack, N.J. 07601
         attorney for codefendant City of Hackensack
```

PLEASE TAKE NOTICE that on May 3, 2010, Paula T. Dow, Attorney General of New Jersey, Attorney for the Governor of the State of New Jersey, the Attorney General of the State of New Jersey, and the Superintendent of the New Jersey Division of State Police, defendants in this action, will move on behalf of these defendants for an Order (A) granting them leave to rely upon their pending Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of the Original Complaint (PACER Docket No. 10) as their responsive pleading in lieu of answer to plaintiffs' amended complaint, and (B) directing that their pending Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of the Original Complaint (PACER Docket No. 10) be deemed a Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of Plaintiffs' Amended Complaint.

In support of this motion, these moving defendants will rely upon the accompanying L.Civ.R. 7.1(d)(4) Statement that No Brief in

Support of this Motion is Necessary and the Reasons Therefor.  A proposed form of Order is included.

                                         PAULA T. DOW
                                         ATTORNEY GENERAL OF NEW JERSEY


                                      BY:   /s/ Larry R. Etzweiler
                                           Larry R. Etzweiler
                                           Senior Deputy Attorney General

Dated: April 6, 2010