```
PAULA T. DOW
Attorney General of New Jersey
R. J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for the Governor of the State of New Jersey, the Attorney
     General of the State of New Jersey, and the Superintendent of
     the New Jersey Division of State Police, Defendants

By:   Larry R. Etzweiler
      Senior Deputy Attorney General
      (609) 633-7786
      larry.etzweiler@dol.lps.state.nj.us
```

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>    Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>VICINAGE OF TRENTON<br><br>Honorable Joel A. Pisano, U.S.D.J.<br><br>CIVIL ACTION No. 10-cv-271-JAP-TJB<br><br><u>L.Civ.R.</u> 7.1(d)(4) Statement that No Brief in Support of the Accompanying Motion is Necessary and the Reasons Therefor |

Pursuant to <u>L.Civ.R.</u> 7.1(d)(4), CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; and COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; all defendants in the above-captioned matter, state that no brief is necessary in

support of the accompanying motion. The reasons therefor are as follows:

1. On January 17, 2010, plaintiffs filed their original complaint in this matter. (PACER Docket No. 1).

2. On February 24, 2010, the Governor, the Attorney General, and the Superintendent of the Division of New Jersey State Police filed a Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of this Original Complaint. (PACER Docket No. 10).

3. On March 10, 2010, plaintiffs filed their amended complaint. (PACER Docket No. 14). The amended complaint joins plaintiffs Vincent Furio and Steven Yagiello; substitutes the City of Hackensack and Little Egg Harbor Township for two of the 565 fictitious municipal defendants (the amended complaint now has 563 fictitious municipal defendants); and effects a Fed.R.Civ.P. 25(d) substitution of newly-elected Governor Christie for former defendant Governor Corzine and newly-appointed Attorney General Dow for former defendant Attorney General Milgram. Substantively, however, the new plaintiffs allege the same causes of action as the causes of action in the original compliant, and the allegations against the State defendants (Christie, Dow, and Superintendent Fuentes, who was also a defendant in the original complaint) remain the same. For the Court's convenience, the comparison chart appended to this Statement shows how the paragraphs of the original complaint compare with the paragraphs of the amended complaint.

4. On March 22, 2010, plaintiffs filed their brief in opposition (PACER Docket No. 22) to the State defendants' pending Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of this Original Complaint. Plaintiffs' March 22, 2010, brief responds to the State defendants' motion-to-dismiss brief as though plaintiffs' amended complaint were the same as the original complaint and as though the amended complaint were the complaint at issue.

5. On April 6, 2010, the State defendants did or will file their Reply Brief in Further Support of Their Motion Seeking Dismissal. That reply brief states on pages 1 and 2:

> Plaintiffs' March 22, 2010, brief responds to the State defendants' February 24, 2010, motion-to-dismiss brief as though plaintiffs' amended complaint were the same as the original complaint. Because the original and amended complaints are substantively the same insofar as the State defendants are concerned,

>  the State defendants have no objection to this procedure, so long as this Court does not object, and this reply brief assumes that the amended complaint is at issue.

6.   Because, substantively, the amended complaint makes the same allegations against the State defendants as the allegations made in the original complaint, and because papers filed by both the plaintiffs and the State defendants assume that the amended complaint is at issue in the pending motion to dismiss (PACER Docket No. 10), this Court should grant the instant motion, should afford leave to the State defendants to rely upon their pending Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of the Original Complaint (PACER Docket No. 10) as their responsive pleading in lieu of answer to plaintiffs' amended complaint, and should direct that the State defendants' pending Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of the Original Complaint (PACER Docket No. 10) be deemed a Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of Plaintiffs' Amended Complaint.

        Respectfully submitted,

        PAULA T. DOW
        ATTORNEY GENERAL OF NEW JERSEY
        ATTORNEY FOR THE STATE DEFENDANTS


        BY:   /s/ Larry R. Etzweiler
              Larry R. Etzweiler
              Senior Deputy Attorney General

Dated: April 6, 2010

COMPARISON CHART SHOWING HOW THE PARAGRAPHS OF THE ORIGINAL COMPLAINT COMPARE WITH THE PARAGRAPHS OF THE AMENDED COMPLAINT

| Amended Complaint | Corresponding Paragraphs in the Original Complaint | Comments |
|---|---|---|
| Introduction | | |
| ¶¶ 1 to 4 | ¶¶ 1 to 4 | same |
| Parties | | |
| ¶¶ 5 TO 7 | ¶¶ 5 TO 7 | same |
| ¶ 8 | | new; joins plaintiff Furio |
| ¶ 9 | | new; joins plaintiff Yagiello |
| ¶¶ 10 to 17 | ¶¶ 8 to 13 | substantially same, with substitution of new Governor and new Attorney General |
| Jurisdiction and Venue | | |
| ¶¶ 18 to 19 | ¶¶ 14 to 15 | same |
| Pre-Existing Laws Governing Purchase of a Handgun in New Jersey | | |
| ¶¶ 20 to 32 | ¶¶ 16 to 28 | same |
| The One Gun Law | | |
| ¶¶ 33 to 39 | ¶¶ 29 to 35 | same, except former Governor Corzine is referred to as "then Governor Corzine" |
| Under New Jersey Law, Traditional B-B, Pellet and Air Pistols Are Included in the Definition of Handguns | | |
| ¶¶ 40 to 42 | ¶¶ 36 to 38 | same |
| Count One (Injunctive Relief - 42 U.S.C. §1983; N.J.S. 10:6-2; Preemption - 15 U.S.C. §5001(g)(ii)) | | |
| ¶¶ 43 to 49 | ¶¶ 39 to 45 | same |

COMPARISON CHART (continued)

| Amended Complaint | Corresponding Paragraphs in the Original Complaint | Comments |
|---|---|---|
| ¶¶ 50 to 51 | | new paragraphs making allegations on behalf of the newly joined plaintiffs |
| ¶¶ 52 to 54 | ¶¶ 46 to 48 | substantially same, with substitution of new Governor and new Attorney General, and joinder of new plaintiffs |
| Count Two (Declaratory Relief - 28 U.S.C. §§2201 and 2201; Preemption - 15 U.S.C. §5001(g)(ii)) | | |
| ¶¶ 55 to 56 | ¶¶ 49 to 50 | same |
| Count Three (Injunctive Relief - 42 U.S.C. §1983; N.J.S. 10:6-2; United States Constitution - Amendment XIV) | | |
| ¶¶ 57 to 61 | ¶¶ 51 to 55 | same |
| ¶¶ 62 to 63 | | new paragraphs making allegations on behalf of the newly joined plaintiffs |
| ¶¶ 64 to 67 | ¶¶ 56 to 59 | same |
| Count Four (Declaratory Relief - 28 U.S.C. §§2201 and 2202; United States Constitution - Amendment XIV) | | |
| ¶¶ 68 to 69 | ¶¶ 60 to 61 | same |
| Count Five (Injunctive Relief - N.J.S. 10:6-2; New Jersey Constitution Article 1, ¶1 - Due Process) | | |
| ¶¶ 70 to 71 | ¶¶ 62 to 63 | same |
| Count Six (Declaratory Relief - 28 U.S.C. §§2201 and 2202; New Jersey Constitution Article 1, ¶1 - Due Process) | | |
| ¶¶ 72 to 73 | ¶¶ 64 to 65 | same |

COMPARISON CHART (continued)

| Amended Complaint | Corresponding Paragraphs in the Original Complaint | Comments |
|---|---|---|
| Count Seven (Injunctive Relief - N.J.S. 10:6-2; N.J.A.C. 13:54-1.4(h)) | | |
| ¶¶ 74 to 79 | ¶¶ 66 to 71 | same |
| ¶ 80 | | new; this paragraphs admits the mootness of one of the complaints of original plaintiff Johnson |
| ¶¶ 81 to 91 | | new paragraphs making allegations on behalf of the newly joined plaintiffs |
| ¶¶ 92 to 95 | ¶¶ 72 to 75 | same |
| Count Eight (Declaratory Relief - 28 U.S.C. §§2201 and 2202; N.J.A.C. 13:54-1.4(h)) | | |
| ¶¶ 96 to 97 | ¶¶ 75 to 76 | same |
| Wherefore Clauses | | |
| ¶¶ A to F | ¶¶ A to F | same |