LAW OFFICES
# ZISA & HITSCHERICH
*77 HUDSON STREET*
*HACKENSACK, NEW JERSEY 07601*

**JOSEPH C. ZISA, JR. \***
**ROBERT J. HITSCHERICH \*\***                                         TEL: 201-342-1103
                                                                        FAX: 201-342-4799
**CRAIG M. POGOSKY**

  \* Member of N.J. and Fla. Bar
 \*\* Member of N.J. and N.Y. Bar

April 16, 2010

United States District Court
Clarkson S. Fisher Federal Building
& Courthouse
402 E. State Street
Trenton, New Jersey 08608

  Re: Association of New Jersey Rifle and Pistol Clubs, Inc. vs. Christopher J. Christie, Paula Dow, Colonel Fuentes and Washington Township, City of Hackensack, et al.
    Civil Action No.: 3:10-cv-271

Dear Sir or Madam:

 Enclosed herewith for filing, please find my Notice of Motion to Dismiss, Letter Brief, Certification of Joseph Ziza, Esq and proposed form of order.

 Please note this is our initial pleading (other than a request for an extension of time to respond). Please allow this letter brief to serve as opposition to plaintiffs' motion for injunctive relief pending before Judge Pisano.

 Thank you for your consideration.

           Respectfully Submitted,
           ZISA & HITSCHERICH, ESQS.

           /S/ CRAIG M. POGOSKY, ESQ.
           BY: CRAIG M. POGOSKY, ESQ.

CMP/da: