UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

**ZISA & HITSCHERICH**
77 HUDSON STREET
HACKENSACK, NJ 07601
(201) 342-1103
Attorneys for Defendant, City of Hackensack

_____

**ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.**, a New Jersey Not for Profit Corporation; **SCOTT L. BACH; KAARE A. JOHNSON;** and **BOB'S LITTLE SPORT SHOP, INC.,** a New Jersey Corporation

                    **Plaintiff(s),**

Vs.

**CHRISTOPHER J. CHRISTIE,** Governor of the State of New Jersey; **PAULA T. DOW,** Attorney General of the State of New Jersey; **COLONEL RICK FUENTES,** Superintendent, Division of New Jersey State Police; **WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP** and **XYZ MUNICIPALITIES 1-535,**

                    **Defendant(s).**

CIVIL ACTION No.: 3:10-cv-271

NOTICE OF MOTION TO DISMISS PURSUANT TO <u>FED. R. CIV. P.</u> 12(b)(1) 12(b)(6), and 12(h)(3)

ORAL ARGUMENT NOT REQUESTED
RETURNABLE:   MAY 17, 2010

_____

**PLEASE TAKE NOTICE** that on May 17, 2010 at 9:30 a.m. or as soon thereafter as Counsel may be heard, Defendant, City of Hackensack, a municipal corporation of the State of New Jersey, ("Hackensack") shall move before the Honorable Joel A. Pisano, U.S.D.J., at the United Stated Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order dismissing Plaintiff's, Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L Bach,

Kaare A. Johnson, and Bob's Little Sport Shop (collectively, "Plaintiffs") Complaint against the City of Hackensack in its entirety pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(6) and 12(h)(3).

**PLEASE TAKE FURTHER NOTICE** that Defendant, City of Hackensack shall rely upon its moving brief in the within action, in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed for of Order is submitted herewith.

        **ZISA & HITSCHERICH, ESQS.**
        Attorneys for Defendant,
        City of Hackensack

        /s Craig M. Pogosky
        _____
        BY: CRAIG M. POGOSKY, ESQ. (5849)

Dated: April 16, 2010