**ZISA AND HITSCHERICH, ESQS.**
77 HUDSON STREET
HACKENSACK, NEW JERSEY 07601
(201) 342-1103
Attorneys for Defendant, City of Hackensack

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| **ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.**, a New Jersey Jersey Not for Profit Corporation; **SCOTT L. BACH; KAARE A. JOHNSON VINCENT FURIO; STEVEN YAGIELLO** and **BOB'S LITTLE SPORT SHOP, INC.**, a New Jersey Corporation, | HONORABLE Joel A. Pisano, U.S.D.J.  Civil Action No.: 3:10-cv-271 (JAP-TJB) |
| Plaintiffs, | |
| v. | CERTIFICATION OF JOSEPH ZISA, JR. |
| **CHRISTOPHER J. CHRISTIE**, Govenor Of the State of New Jersey; **PAULA T. DOW**, Attorney General of the State of New Jersey; **COLONEL RICK FUENTES**, Superintendent, Division of New Jersey State Police; **WASHINGTON TOWNSHIP** (Morris County); **CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP** and **XYZ MUNICIPALITIES 1-535**, | |
| Defendants | |

_____

I, Joseph C. Zisa, Jr., hereby certify as follows:

      1.    I am the City Attorney for the City of Hackensack and am familiar with the facts contained herein.

      2.      I first became aware of the within litigation on or about Friday, March 12, 2010, when a copy of the Amended Complaint was received at City Hall.  I met with officers of the Hackensack Police Department on Tuesday, March 16, 2010 (The City was still recovering from power outages due to the storm on Monday, March 15, 2010).  At that time, the procedure was corrected to ensure that applications for multiple handgun permits would be received within two or three days of same, I advised plaintiff's counsel of same, and requested that the within action be dismissed.

      3.      I certify that the foregoing statements made by me are true, and if willfully false, I am subject to punishment.


BY: __/s Joseph C. Zisa Jr._____
      JOSEPH C. ZISA, JR.

Dated: April 16, 2010