PAULA T. DOW
Attorney General of New Jersey
R. J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for the Governor of the State of New Jersey, the Attorney
    General of the State of New Jersey, and the Superintendent of
    the New Jersey Division of State Police, Defendants

By:   Larry R. Etzweiler
      Senior Deputy Attorney General
      (609) 633-7786
      larry.etzweiler@dol.lps.state.nj.us

RECEIVED

APR 27 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>    Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>VICINAGE OF TRENTON<br><br>Honorable Joel A. Pisano, U.S.D.J.<br><br>CIVIL ACTION No. 10-cv-271-JAP-TJB<br><br>ORDER<br>Granting Leave to the State Defendants to Rely upon Their Pending Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of the Original Complaint as Their Responsive Pleading in Lieu of Answer to the Amended Complaint |

The motion of the Governor of the State of New Jersey, the Attorney General of the State of New Jersey, and the Superintendent of the New Jersey Division of State Police, defendants in this action, for an Order granting them leave to rely upon their pending Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of the

Original Complaint (PACER Docket No. 10) as their responsive pleading in lieu of answer to plaintiffs' amended complaint, and granting other related relief as well having been submitted to the Court, and the Court having duly considered the papers submitted and the arguments of counsel, and good cause appearing;

IT IS on this __26__ day of __April__, 2010, ORDERED that

(1) these moving defendants be and hereby are granted leave to rely upon their pending Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of the Original Complaint (PACER Docket No. 10) as their responsive pleading in lieu of answer to plaintiffs' amended complaint, and

(2) it be and hereby is directed that these moving defendants' pending Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of the Original Complaint (PACER Docket No. 10) be deemed a Fed.R.Civ.P. 12(b)(1)/12(b)(6) Motion Seeking Dismissal of Plaintiffs' Amended Complaint.

Honorable ~~Joel A. Pisano, U.S.D.J.~~

Tonianne J. Bongiovanni, U.S.M.J.

-2-