# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giountikos
Maura E. Blau

Keith P. McManus
Marjan F. Disler

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

April 30, 2010

<u>Via ECF</u>

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
  and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: ANJRPC, <u>et al.</u> v. Christopher J. Christie, Governor of New Jersey <u>et al.</u>
Docket No.: 3:10-cv-00271-JAP-TJB
Our File No.: 011901

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter.

This letter shall confirm our receipt of the Court's notice of oral argument scheduled for Tuesday, May 25, 2010 at 10:00 a.m. on Plaintiffs' Motion for Preliminary Injunction, the Motion to Dismiss filed by Defendants Christopher J. Christie, Paula T. Dow and Colonel Rick Fuentes and the Motion to Dismiss filed by Defendant Hackensack.

Respectfully submitted,

Daniel L. Schmutter
DLS:amh

cc: Larry Etzweiler, Esq. (Via ECF)
    Joseph C. Zisa, Esq. (Via ECF)
    Michael Gilmore, Esq. (Via Fax and Regular Mail)