**LAW OFFICES**
# ZISA & HITSCHERICH
**77 HUDSON STREET**
**HACKENSACK, NEW JERSEY 07601**

**JOSEPH C. ZISA, JR.** *
**ROBERT J. HITSCHERICH** **          TEL: 201-342-1103
                                     FAX: 201-342-4799
**CRAIG M. POGOSKY**
_____
  * Member of N.J. and Fla. Bar
 ** Member of N.J. and N.Y. Bar


                                     April 30, 2010


Honorable Joel A. Pisano
United States District Court
Clarkson S. Fisher Federal Building
& Courthouse
402 E. State Street
Trenton, New Jersey 08608

    Re:    Association of New Jersey Rifle and Pistol Clubs, Inc. vs.
            Christopher J. Christie, et al.
            Civil Action No.: 3:10-cv-00271-JAP-TJB

Dear Judge Pisano:

    The undersigned represents the City of Hackensack in the above captioned matter.

    We are in receipt of the notice of oral argument on Motions for Preliminary Injunction, to Dismiss on behalf of the State Defendants, and to Dismiss on behalf of the City of Hackensack scheduled for June 25, 2010 at 10:00 a.m. We intend to be present at same.

                                           Respectfully yours,
                                           ZISA & HITSCHERICH, ESQS.

                                           <u>/S/ CRAIG M. POGOSKY, ESQ.</u>
                                           BY: CRAIG M. POGOSKY, ESQ.

CMP/