# State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>Governor | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | PAULA T. DOW<br>Attorney General |
| KIM GUADAGNO<br>Lt. Governor | | ROBERT M. HANNA<br>Director |

April 30, 2010

VIA ELECTRONIC FILING (AS INSTRUCTED BY THE COURT)

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building & United States Courthouse
Room 341
402 East State Street
Trenton, New Jersey 08608

    Re:  Association of New Jersey Rifle and Pistol Clubs, Inc., et al. v. Christie, et al.
          Civil Action No. 3:10-cv-271-JAP-TJB

          Letter Confirming Receipt of Court Notice of Motion Hearing Set for May 25, 2010, at 10:00 a.m. in Trenton, Courtroom 1, Before the <u>Honorable Joel A. Pisano, U.S.D.J.</u>

Dear Judge Pisano:

    This letter will serve to confirm our receipt of the electronic notification of the motion hearing that you have set down for May 25, 2010, at 10:00 a.m. in Trenton, Courtroom 1.

                                     Sincerely yours,

                                     PAULA T. DOW
                                   ATTORNEY GENERAL OF NEW JERSEY
                                   Attorney for Defendants

                       By:   <u>/s/ Larry R. Etzweiler</u>
                               Larry R. Etzweiler
                               Senior Deputy Attorney General

cc: Daniel L. Schmutter, Esq. (by e-filing)
    Paula J. DeBona, Esq.  (by e-filing)



April 30, 2010
Page 2

Michael J. Gilmore, Esq. (be e-mail to mjg@gm-law.net)
Craig M. Pogosky, Esq. (by e-filing)