# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

May 12, 2010

<u>Via ECF</u>

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giountikos
Maura E. Blau

Keith P. McManus
Marjan F. Disler

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

Re:   ANJRPC, et al. v. Christopher J. Christie, Governor of New Jersey et al.
      Docket No.: 3:10-cv-00271-JAP-TJB
      Our File No.:  011901

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter.

We submit this letter in response to several issues raised by the State Defendants' Reply Brief filed on April 6, 2010.  In their Reply, State Defendants argue that Plaintiffs did not have leave to file the certification of Vincent Furio ("Furio Certification") as supplemental papers to Plaintiffs' preliminary injunction motion.  State Defendants also argue that no court rule permits Plaintiffs to incorporate their other motion papers by reference.

We believe these positions are without merit.  The amendment of the Complaint and the Furio Certification add no new substantive arguments to the case or to the preliminary injunction motion.  State Defendants recognize as much in relying on their original dismissal motion papers as against the Amended Complaint, arguing that the issues in the Complaint and Amended Complaint are identical.

Moreover, there is no rule which prohibits incorporation of other pleadings by reference and in fact, State Defendants did precisely the same thing in incorporating their dismissal brief in opposition to Plaintiffs' preliminary injunction motion.

Nonetheless, if the Court prefers that Plaintiffs obtain leave to file the Furio Certification, Plaintiffs will file the appropriate application to do so.

Respectfully submitted,

/s/ Daniel L. Schmutter
Daniel L. Schmutter
DLS:mjd
cc:   Larry Etzweiler, Esq. (Via ECF)
      Joseph C. Zisa, Esq.  (Via ECF)
      Michael Gilmore, Esq.(Via Fax and Regular Mail)

600 South Avenue, PO Box 580, Westfield, NJ 07091  tel 908.789.8550  fax 908.789.8660  farerlaw.com