**Office of Legislative Services**                                    Legislative Counsel



(609) 292-4625

# Memorandum

---

TO: Paula T. Dow
Attorney General

FROM: Albert Porroni
Legislative Counsel

DATE: APR 28 2010

SUBJECT: P.L.2009, c.186
(SCS for S.3104)
RECONCILIATION OF CONFLICTING AMENDMENTS

Pursuant to R.S.1:3-1, as amended, we hereby direct that the correction(s) set forth on the attached page(s) be made in preparing P.L.2009, c.186 for printing in the Pamphlet Laws.

These corrections are being made in order to incorporate inadvertently omitted provisions of N.J.S.2C:58-3 as amended by P.L.2009, c.168, s.2.

By: _Albert Porroni_
Albert Porroni
Legislative Counsel

I Concur: _[signature]_

Paula T. Dow
Attorney General

Dated: 5/7/10