UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: 05/25/2010
CIVIL DOCKET N0.: 10-271(JAP)

JUDGE JOEL A. PISANO
COURT REPORTER :   Joanne Caruso
COURTROOM DEPUTY:   Dana Sledge

TITLE OF CASE:
Association of New Jersey Rifle & Pistol Clubs, Inc., et al.,
vs.
Jon S. Corzine, et al.,

APPEARANCES:
Daniel Schmutter, Esq., for plaintiffs
Larry Etzweiler, NJ Attorney General counsel for defendant (State of NJ)
Craig Pogoskly, Esq., for defendant (City of Hackensack)

NATURE OF PROCEEDING:
Motion hearing held.

City of Hackensack's motion to dismiss [doc. #33] - Decision reserved.
Jon S. Corzine's motion to dismiss the complaint [doc. #10] - Decision reserved.
Association of NJ Rifle & Pistol Clubs, Inc. motion for preliminary injunction [doc. #5] - Denied in part and Reserved in part.
The court will submit the appropriate order.

TIME COMMENCED 10:00 a.m. TIME ADJOURNED 11:15 a.m.

s/Dana Sledge, Courtroom Deputy