# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

June 8, 2010

Clerk, District Court of New Jersey
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 E. State Street
Trenton, NJ  08608

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schnelier

Counsel
Anthony Giountikos
Maura E. Blau

Keith P. McManus
Marjan F. Disler

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

Re:   ANJRPC v. Jon Corzine, Governor of New Jersey et al.
      Docket No.: 3:10-cv-00271-JAP-TJB

Dear Sir/Madam:

On January 17, 2010 I uploaded a Civil Cover Sheet, Complaint and Rule 7.1 Disclosure Statement.  I was under the impression that I incorrectly filed it the first time. (Pay-gov Tracking ID: 2508NI19/Agency Tracking ID: 0312-2905036).

Therefore I immediately uploaded the Civil Case Cover Sheet, Complaint and Rule 7.1 Disclosure Statement a second time. (Pay-gov Tracking ID: 2508NI6Q/Agency Tracking ID: 0312-2905043).

In accordance with the Refunds of Fees Paid Electronically, I request a refund of the filing fee of $350 which I paid for the second filing of the documents.

Pursuant to the instructions on the U.S. District Court website, my current and complete address is on this letterhead.

If you need any further information, please do not hesitate to contact me.

Very truly yours,

/s/ Daniel L. Schmutter


Daniel L. Schmutter
DLS:amh

Angela M. Herring

From: paygovadmin@mail.doc.twai.gov
Sent: Sunday, January 17, 2010 10:48 PM
To: Daniel L. Schmutter
Subject: Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: NJD CM ECF
Pay.gov Tracking ID: 2508NI19
Agency Tracking ID: 0312-2905036

Account Holder Name: Mariann Stamm
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: 600 SOUTH AVENUE
City: Westfield
State/Province: NJ
Zip/Postal Code: 070910580
Country: USA
Card Type: Master Card
Card Number: ************7350
Transaction Date: Jan 17, 2010 10:48:19 PM

Angela M. Herring
───────────────────────────────────────────

From: paygovadmin@mail.doc.twai.gov
Sent: Sunday, January 17, 2010 11:10 PM
To: Daniel L. Schmutter
Subject: Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: NJD CM ECF
Pay.gov Tracking ID: 2508NI6Q
Agency Tracking ID: 0312-2905043

Account Holder Name: Mariann Stamm
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: 600 SOUTH AVENUE
City: Westfield
State/Province: NJ
Zip/Postal Code: 070910580
Country: USA
Card Type: Master Card
Card Number: ************7350
Transaction Date: Jan 17, 2010 11:09:39 PM