UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et al.<br><br>Plaintiffs,<br>v.<br><br>CHRISTOPHER CHRISTIE, Governor of the State of New Jersey, et al.<br><br>Defendants. | Civil Action No. 10-271 (JAP)<br><br>**ORDER** |

Presently before the Court are (1) Plaintiffs' motion for a preliminary injunction; (2) the State of New Jersey's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); and (3) the City of Hackensack's motion to dismiss pursuant to Rules 12(B)(1), 12(b)(6), and 12(h)(3).  For the reasons in the accompanying Opinion,

IT IS on this 14th day of June 2010

ORDERED that Plaintiff's motion for a preliminary injunction is DENIED; and it is further

ORDERED that the State's motion to dismiss is GRANTED as to Counts One and Two; and it is further

ORDERED that the parties are each directed to submit a supplemental brief within 21 days of the entry of this Order regarding the impact of recent developments as discussed in the accompanying Opinion on the outstanding motions.

/s/ JOEL A. PISANO
United States District Judge