# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giountikos
Maura E. Blau

Marjan F. Disler

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

July 22, 2010

<u>Via ECF and Fax</u>

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
  and U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Re:   ANJRPC, <u>et al.</u>  v. Christopher J. Christie, Governor of New Jersey <u>et al.</u>
      Docket No.: 3:10-cv-00271-JAP-TJB
      Our File No.: 011901

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter.

On June 14, 2010, Your Honor entered an opinion in connection with the pending motions and cross-motions in this matter.  Among the Court's rulings was a direction to the parties to provide certain additional briefing on issues relating to new facts that had been provided by the State Defendants to the Court regarding changed circumstances since the filing of the Complaint and the filing of the motions.  As Your Honor may recall, Plaintiffs took the position that these issues could be resolved through amendment to update the claims to address the new facts as alleged by the State Defendants.  In view of the foregoing, the parties have discussed the matter and we believe Your Honor's request for additional briefing would likely be rendered moot by the filing of a Second Amended Complaint to assert claims consistent with the new facts.

Accordingly, in lieu of the additional briefing which is due on Monday, July 26, 2010, without waiver of 12(b)(1) and 12(b)(6) objections, the parties jointly request that Plaintiffs be given a period of time to develop a consented-to Second Amended Complaint to be presented to the Court for its approval prior to the resolution of any remaining motions.

Accordingly, all parties request that the Court suspend the briefing date and allow 30 days for a proposed Second Amended Complaint to be presented to the Court.

# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

Honorable Joel A. Pisano, U.S.D.J.
July 22, 2010

Page 2

Thank you for your attention in this regard.

Respectfully submitted,

/s/ Daniel L. Schmutter

Daniel L. Schmutter
DLS:amh

cc: Larry Etzweiler, Esq. (Via ECF)
    Joseph C. Zisa, Esq. (Via ECF)
    Michael Gilmore, Esq.(Via Fax and Regular Mail)