# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcia R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giountikos
Maura E. Blau

Marjan F. Disler

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

August 31, 2010

Via ECF and Fax

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
  and U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Re:   ANJRPC, et al. v. Christopher J. Christie, Governor of New Jersey et al.
      Docket No.: 3:10-cv-00271-JAP-TJB
      Our File No.: 011901

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter.

On July 22, 2010, Your Honor entered an Order providing for a 30 day time period for a Second Amended Complaint to be presented to the Court by consent of the parties. The purpose of the Second Amended Complaint was to obviate the need for the additional briefing required by the Court in its opinion and order dated June 14, 2010. The Second Amended Complaint was to resolve the open issues for which the Court required the additional briefing.

We write to request that the Court extend the deadline by an additional 30 days to September 22, 2010. We have run into some delay caused by unexpected research needs.

All counsel have consented to this request. Thank you for your attention in this regard.

Respectfully submitted,


/s/ Daniel L. Schmutter
Daniel L. Schmutter
DLS:amd

cc:   Gregory Spellmeyer, Esq. (Via ECF)
      Craig Pogosky, Esq. (Via ECF)
      Michael Gilmore, Esq. (Via Fax and Regular Mail)