A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

October 1, 2010

Via ECF and Fax

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giountikos
Maura E. Blau

Marjan F. Disler
Jill B. Richardson

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

Re:      ANJRPC, et al.  v. Christopher J. Christie, Governor of New Jersey et al.
         Docket No.: 3:10-cv-00271-JAP-TJB
         Our File No.:  011901

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter.

On July 22, 2010, Your Honor entered an Order providing for a 30 day time period for a Second Amended Complaint to be presented to the Court by consent of the parties.  The Court extended the deadline by an additional 30 days to September 22, 2010.

We have now obtained consent from all counsel to the filing of the Second Amended Complaint, and we have also overcome some technical drafting issues. The Second Amended Complaint has been filed by ECF, but it is several days beyond the September 22, 2010 deadline set by the Court.  Accordingly we write to request that the Court accept this filing.

Thank you for your attention in this regard.

Respectfully submitted,


/s/ Daniel L. Schmutter
Daniel L. Schmutter
DLS:amd

cc:      Gregory Spellmeyer, Esq. (Via ECF)
         Craig Pogosky, Esq.  (Via ECF)
         Michael Gilmore, Esq. (Via Fax and Regular Mail)

600 South Avenue, PO Box 580, Westfield, NJ 07091  tel 908.789.8550  fax 908.789.8660  farerlaw.com