# State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor*<br><br>KIM GUADAGNO<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | PAULA T. DOW<br>*Attorney General*<br><br>ROBERT M. HANNA<br>*Director* |

October 29, 2010

<u>Via Electronic Filing</u>

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

>   Re:   Association of New Jersey Rifle & Pistol Clubs, Inc., et
>         al. v. Christopher J. Christie, Governor of the State of
>         New Jersey, et al.
>         <u>Civil Action No. 10-271 (JAP) (TJB)</u>

Dear Judge Pisano:

   I am writing to provide Your Honor with the status of this matter. On October 1, 2010, plaintiffs filed a second amended complaint. Plaintiffs anticipate filing a motion for a preliminary injunction as well. The State has not yet filed a responsive pleading to the second amended complaint but anticipates filing a motion to dismiss it. In order to present these motions to the Court in a concise and efficient manner, plaintiffs and the State defendants intend to submit a proposed briefing schedule to the Court. The proposed schedule would permit the State defendants to respond to the second amended complaint out of time. We anticipate submitting the schedule in the middle of November. I am out of state on vacation through November 10, and we have not yet had the opportunity to discuss this issue with counsel for codefendant City of Hackensack.



October 29, 2010
Page 2

Thank you for your time.

Sincerely yours,

PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Gregory A. Spellmeyer
Gregory A. Spellmeyer
Deputy Attorney General

c:
Daniel L. Schmutter, Esq. (via electronic filing)
Farer & Fersko, PA
600 South Avenue
P.O. Box 580
Westfield, N.J. 07091-0580
attorney for plaintiffs

Craig M. Pogosky, Esq. (via electronic filing)
Zisa and Hitscherich, Esqs.
77 Hudson Street
Hackensack, N.J. 07601
attorney for codefendant City of Hackensack

Michael J. Gilmore, Esq. (via regular mail)
10 Allen Street
4th Floor
Toms River, N.J. 08753
attorney for codefendant Little Egg Harbor Township