# FARER FERSKO

### A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

January 11, 2011

<u>Via ECF</u>

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
  and U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giountikos
Maura E. Blau

Marjan F. Disler
Jill B. Richardson

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

Re:    ANJRPC, <u>et al.</u> v. Christopher J. Christie, Governor of New Jersey <u>et al.</u>
Docket No.: 3:10-cv-00271-JAP-TJB
Our File No.:  011901

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter.

As Your Honor is aware, Plaintiffs have filed a Second Amended Complaint to address certain open questions the Court had as a result of the previous motions heard by the Court.

As the parties indicated previously, we have all consulted to develop a joint schedule which will consolidate the briefing for new dispositive motions and cross-motions that are being filed by the remaining parties in the case.

Accordingly, we will be uploading separately by ECF a proposed Scheduling Order. The Order has been agreed to and is being submitted jointly by Plaintiffs, the State defendants and the City of Hackensack.

We jointly ask that Your Honor enter the Order as presented if it meets with Your Honor's approval.

Respectfully submitted,

Daniel L. Schmutter
DLS:amh

cc:    Gregory Spellmeyer, Esq. (Via ECF)
Craig Pogosky, Esq.  (Via ECF)
Michael Gilmore, Esq.(Via Fax and Regular Mail)