```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>           Defendants. | Civil Action No.:<br>10-cv-00271-JAP-TJB<br><br>SCHEDULING ORDER |

On the joint application of the parties, the Court enters the following Scheduling Order:

1. The State Defendants and the City of Hackensack ("Hackensack") shall each move to dismiss no later than January 11, 2011;

2. Plaintiffs shall oppose the motions to dismiss and cross-move for summary judgment no later than February 9, 2011;

3. The State Defendants and Hackensack shall each reply in support of their motions to dismiss and oppose Plaintiffs' cross-motion no later than February 25, 2011;

4. Plaintiffs shall submit a reply in support of their cross-motion no later than March 18, 2011; and

5. The State Defendants, Hackensack and Plaintiffs shall each submit combined moving, opposition, and/or reply briefs on February 9 and February 25, respectively, subject to combined page limits otherwise determined in accordance with Local Rule 7.2(b).

6. It is understood that The State Defendants on the one hand and Hackensack on the other hand intend to file separate motions and all parties' page limits shall reflect that fact.

    It is SO ORDERED this _____ day of January 2011.

_____
Hon. Joel A. Pisano, U.S.D.J.