PAULA T. DOW
Attorney General of New Jersey
R. J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for the Governor of the State of New Jersey, the Attorney
     General of the State of New Jersey, and the Superintendent of
     the New Jersey Division of State Police, Defendants

By:   Gregory A. Spellmeyer
      Deputy Attorney General
      (609) 984-9504
      gregory.spellmeyer@dol.lps.state.nj.us

_____

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation, <br><br>     Plaintiffs, <br><br> v. <br><br> CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563; <br><br>     Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> VICINAGE OF TRENTON <br><br> Honorable Joel A. Pisano, U.S.D.J. <br><br> CIVIL ACTION No. 10-cv-271-JAP-TJB <br><br> Notice of Motion for Dismissal of Complaint Pursuant to Fed.R.Civ.P. 12(b)(1) and Fed.R.Civ.P. 12(b)(6) |

   TO:    CLERK OF THIS COURT

          Daniel L. Schmutter, Esq.
          Farer & Fersko, PA
          600 South Avenue
          P.O. Box 580
          Westfield, N.J. 07091-0580
          attorney for plaintiffs

```
AND TO:  Paula J. DeBona
         Jansen & DeBona, LLC
         413 West Main Street
         Boonton, NJ 07005
         attorney for codefendant Washington Township

         Craig M. Pogosky, Esq.
         Zisa and Hitscherich, Esqs.
         77 Hudson Street
         Hackensack, N.J. 07601
         attorney for codefendant City of Hackensack
```

PLEASE TAKE NOTICE that on March 21, 2011, Paula T. Dow, Attorney General of New Jersey, Attorney for the Governor of the State of New Jersey, the Attorney General of the State of New Jersey, and the Superintendent of the New Jersey Division of State Police, defendants in this action, will move on behalf of these defendants pursuant to Fed.R.Civ.R. 12(b)(1) and Fed.R.Civ.R. 12(b)(6) for an Order dismissing plaintiffs' second amended complaint: (1) with prejudice insofar as it alleges federal claims against these defendants, and (2) without prejudice for the Court's lack of jurisdiction or declination to exercise jurisdiction insofar as it alleges State-law claims against these defendants.

PLEASE TAKE FURTHER NOTICE that these moving defendants will rely upon the accompanying brief. A proposed form of Order is included.

```
                              PAULA T. DOW
                              ATTORNEY GENERAL OF NEW JERSEY

                         BY:   /s/ Gregory A. Spellmeyer
                               Gregory A. Spellmeyer
                               Deputy Attorney General
Dated: January 20, 2011
```