UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**ZISA & HITSCHERICH**
77 HUDSON STREET
HACKENSACK, NJ 07601
(201) 342-1103
Attorneys for Defendant, City of Hackensack

_____

**ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.**, a New Jersey Not for Profit Corporation;
**SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO;** and **BOB'S LITTLE SPORT SHOP, INC.,** a New Jersey Corporation,

                  **Plaintiff(s),**

Vs.

**CHRISTOPHER J. CHRISTIE,** Governor of the State of New Jersey; **PAULA T. DOW,** Attorney General of the State of New Jersey; **COLONEL RICK FUENTES,** Superintendent, Division of New Jersey State Police; **WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP** and **XYZ MUNICIPALITIES 1-535,**

                  **Defendant(s).**

_____

CIVIL ACTION No.: 3:10-cv-271 (JAP-TJB)
Honorable Joel A. Pisano, U.S.D.J.

NOTICE OF MOTION TO DISMISS PURSUANT TO <u>FED. R. CIV. P.</u> 12(b)(1) 12(b)(6), and 12(h)(3)

RETURNABLE:   MARCH 21, 2011

TO: CLERK OF THIS COURT

Daniel L. Schmutter, Esq.
Farer & Fersko, PA
600 South Avenue
P.O. Box 580
Westfield, N.J. 07091-0580
Attorney for Plaintiffs

Case 3:10-cv-00271-JAP-TJB   Document 65   Filed 01/21/11   Page 2 of 2 PageID: 674

Gregory A. Spellmeyer, Esq.
PAULA T. DOW
Attorney General of New Jersey
R. J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for the Governor of the State of New Jersey, the Attorney
General of the State of New Jersey, and the Superintendent, New Jersey Division of State Police

Paula J. DeBona
Jansen & DeBona, LLC
413 West Main Street
Boonton, NJ 07005
Attorney for Defendant, Washington Township

**PLEASE TAKE NOTICE** that on March 21, 2011 at 9:30 a.m. or as soon thereafter as Counsel may be heard, Defendant, City of Hackensack, a municipal corporation of the State of New Jersey, ("Hackensack") shall move before the Honorable Joel A. Pisano, U.S.D.J., at the United Stated Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order dismissing Plaintiff's, Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L Bach, Kaare A. Johnson, and Bob's Little Sport Shop (collectively, "Plaintiffs") Complaint against the City of Hackensack in its entirety pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(6) and 12(h)(3).

**PLEASE TAKE FURTHER NOTICE** that Defendant, City of Hackensack shall rely upon its moving brief in the within action, in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed for of Order is submitted herewith.

                                                 ZISA & HITSCHERICH, ESQS.
                                                 Attorneys for Defendant,
                                                 City of Hackensack

                                                 /s Craig M. Pogosky

                                               _____
                                             BY: CRAIG M. POGOSKY, ESQ. (5849)
                                                  craig@zisa-law.com

Dated: January 21, 2011