**LAW OFFICES**
# *ZISA & HITSCHERICH*
**77 HUDSON STREET**
**HACKENSACK, NEW JERSEY 07601**

**JOSEPH C. ZISA, JR. ***
**ROBERT J. HITSCHERICH ****                                               TEL: 201-342-1103
                                                                            FAX: 201-342-4799
**CRAIG M. POGOSKY**
_____
  * Member of N.J. and Fla. Bar
 ** Member of N.J. and N.Y. Bar

January 21, 2011

Honorable Tonianne J. Bongiovanni
United States District Court
Clarkson S. Fisher Federal Building
& Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:   Association of New Jersey Rifle and Pistol Clubs, Inc. vs.
              Christopher J. Christie, et al.
              Civil Action No.: 3:10-cv-00271-JAP-TJB

Dear Judge Bongiovanni:

      The undersigned represents the City of Hackensack in the above captioned matter.

      I am in receipt today of your Honor's scheduling order in connection with the filing of motions to dismiss the second amended complaint. This order set yesterday as the deadline to file motions to dismiss. This order was uploaded to the electronic filing system yesterday. I was unable to file our motion because my electronic mail system was not receiving any electronic mail, so I was unaware that the order was filed. Under the circumstances, the undersigned requests that the court excuse the late filing or that the court extend the time to file by City of Hackensack until January 21, 2011. Plaintiffs are not prejudiced by this one day delay as our brief, dated January 11, 2011, was submitted to counsel on that day pursuant to an informal agreement between all counsel. I have obtained consent of counsel to this request.

                                          Respectfully yours,
                                          ZISA & HITSCHERICH, ESQS.

                                          /S/ CRAIG M. POGOSKY, ESQ.
                                          BY: CRAIG M. POGOSKY, ESQ.