# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

March 8, 2011

Via ECF

Magistrate Judge Torianne J. Bongiovanni
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giountikos
Maura E. Blau

Keith P. McManus
Marjan F. Disler

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

Re: ANJRPC, et al. v. Christopher J. Christie, Governor of New Jersey et al.
Docket No.: 3:10-cv-00271-JAP-TJB
Our File No.: 011901

Dear Judge Bongiovanni:

We represent the Plaintiffs in the above-referenced matter.

On January 19, 2011, the Court entered a Scheduling Order that had been agreed to by the parties. For various reasons, including illness, the parties have agreed to an amended schedule for briefing and we request, if it meets with Your Honor's approval, that Your Honor sign the proposed Scheduling Order accompanying this letter.

Respectfully submitted,

/s/ Daniel L. Schmutter
Daniel L. Schmutter
DLS:amh

cc: Gregory Spellmeyer, Esq. (Via ECF)
    Craig Pogosky, Esq. (Via ECF)