UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>Defendants. | Civil Action No.:<br>10-cv-00271-JAP-TJB<br><br>**SECOND SCHEDULING ORDER**<br><br>RECEIVED<br><br>MAR 1 0 2011<br><br>AT 8:30_____M<br>WILLIAM T WALSH<br>CLERK |

On the joint application of the parties, the Court enters the following Second Scheduling Order which amends the Scheduling Order entered on January 19, 2011 only in the following respects:

1. Plaintiffs shall oppose the Defendants' motions to dismiss and cross-move for summary judgment no later than March 11, 2011;

2. The State Defendants and Hackensack shall each reply in support of their motions to dismiss and oppose Plaintiffs' cross-motion no later than April 5, 2011;

3. Plaintiffs shall submit a reply in support of their cross-motion no later than April 22, 2011.

It is SO ORDERED this __10__ day of March 2011.

Hon. Tonianne J. Bongiovanni, U.S.M.J.

**ORDER ON ORAL MOTION**