FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ  07091-0580
(908) 789-8550
DS (5786)
Attorneys for Plaintiffs
Association of New Jersey Rifle and Pistol
Clubs, Inc., Scott L. Bach, Kaare A. Johnson,
Vincent Furio, Steven Yagiello and Bob's
Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP; and XYZ MUNICIPALITIES 1-563;<br><br>Defendants. | Civil Action No.: 10—cv-271 (JAP)(TJB)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**RETURN DATE: May 2, 2011** |

**PLEASE TAKE NOTICE**, that on May 2, 2011, at 9:30 a.m. or as soon thereafter as Counsel may be heard, Plaintiffs, Association of New Jersey Rifle and Pistol Clubs, Inc.,

Scott L. Bach, Kaare A. Johnson, Vincent Furio, Steven Yagiello, and Bob's Little Sport Shop (collectively "Plaintiffs") shall move before the Honorable Joel A. Pisano, U.S.D.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order granting summary judgment pursuant to Fed. R. Civ. P. 56.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Plaintiffs shall rely upon the following previously filed documents:

1) Certification of Scott L. Bach,
2) Certification of Jonathan Friedman, M.D.,
3) Certification of Daniel Strachman,
4) Certification of Kaare A. Johnson,
5) Certification of Robert Viden,
6) Certification of Vincent Furio,
7) Certification of Steven Yagiello, and
8) Certification of Richard Gajda;

and the following newly filed documents:

9) Supplemental Certification of Scott Bach,
10) Supplemental Certification of Vincent Furio,
11) Certification of Alejandro Alonso,
12) Brief.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

> FARER FERSKO,
> a Professional Association
> Attorneys for Plaintiffs
> Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Vincent Furio, Steven Yagiello, and Bob's Little Sport Shop
>
> By:   /s/ Daniel L. Schmutter
>          Daniel L. Schmutter

Dated: March 11, 2011