**STATE OF NEW JERSEY**
# Application for Multiple Handgun Purchase Exemption

*This application must be approved by the Superintendent of State Police in order for the transferee purchaser to be exempt from purchasing only one handgun during a 30 day period pursuant to N.J.S. 2C:58-2a(7), N.J.S. 2C:58-3i, N.J.S. 2C:58-3.4, and N.J.S. 2C:39-10a(4).*

**This application must be completed legibly and shall include complete information as required. Applications deemed illegible will not be accepted by the issuing authority and will be returned to the applicant without review.**

| (1) NAME *(Last - Maiden Name if applicable, First, Middle)* | | | | (2) ADDRESS *( Number & Street, City, State Zip Code)* | | |
|---|---|---|---|---|---|---|
| (3) DATE OF BIRTH   /   / | (4) AGE | (5) PLACE OF BIRTH | | (6) US CITIZEN ☐ Yes   ☐ No | (7) SOCIAL SECURITY NUMBER   -   - | |
| (8) SEX   HEIGHT   WEIGHT   EYE COLOR   RACE   HAIR COLOR   COMPLEXION | | | | | | (9) DISTINGUISHING PHYSICAL CHARACTERISTICS |
| (10) NAME OF EMPLOYER | | | | (11) EMPLOYER'S ADDRESS *( Number & Street, City, State Zip Code)* | | |
| (12) OCCUPATION | | (13) HOME TELEPHONE | | | | (14) BUSINESS TELEPHONE |
| (15) DRIVER'S LICENSE NUMBER & STATE | | | | (16) FIREARMS PURCHASER IDENTIFICATION CARD NUMBER *(If Applicable)* | | |

## EXEMPTION SOUGHT:

☐ Purchase of multiple handguns from a person who obtained the handguns through inheritance or intestacy.

☐ Collector of handguns with a need to purchase or otherwise receive multiple handguns in the same transaction or within a 30-day period in furtherance of the applicant's collecting activities. "Need" shall include, but not be limited to, situations where there is a reasonable likelihood that the additional handguns sought to be purchased would not be readily available after the 30-day period, that it would not be feasible or practical to purchase the handguns separately, or that prohibiting the purchase of more than one handgun within a 30-day period would have a materially adverse impact on the applicant's ability to enhance his collection. A "collector" shall include any person who devotes time and attention to acquiring firearms for the enhancement of the person's collection: as curios; for inheritance; for historical, investment, training and competitive, recreational, educational, scientific, or defensive purposes; or any or other lawful related purpose.

☐ The applicant participates in sanctioned handgun shooting competitions and needs to purchase or otherwise receive multiple handguns in a single transaction or within a 30-day period, and the need is related to the applicant's competitive shooting activities, including use in or training for sanctioned competitions.

## HANDGUNS TO BE PURCHASED/TRANSFERRED:

*Completed and signed "Seller/Transferor Certification" forms (S.P. 016) from each seller of each handgun listed must accompany this exemption application.*

| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE *(Semi-Auto/Revolver/BB/Pellet)* |
|---|---|---|---|---|
| SELLER'S NAME | | SELLER'S ADDRESS | | SELLER'S TELEPHONE |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE *(Semi-Auto/Revolver/BB/Pellet)* |
| SELLER'S NAME | | SELLER'S ADDRESS | | SELLER'S TELEPHONE |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE *(Semi-Auto/Revolver/BB/Pellet)* |
| SELLER'S NAME | | SELLER'S ADDRESS | | SELLER'S TELEPHONE |

## APPLICATION FOR MULTIPLE HANDGUN PURCHASE EXEMPTION

| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE *(Semi-Auto/Revolver/BB/Pellet)* |
|---|---|---|---|---|
| SELLER'S NAME | | SELLER'S ADDRESS | | SELLER'S TELEPHONE |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE *(Semi-Auto/Revolver/BB/Pellet)* |
| SELLER'S NAME | | SELLER'S ADDRESS | | SELLER'S TELEPHONE |

*If more space is needed, use continuation page (S.P. 015A).*

## REASON FOR EXEMPTION REQUEST:

## SUPPORTING DOCUMENTATION *(If Applicable)*:

---

### AFFIRMATION OF APPLICANT:

*Section must be signed and dated by applicant on submission to the issuing authority.*
*Exemption Application **and Seller Certification forms MUST** be submitted at time of application for Permits to Purchase a Handgun.*

I affirm that the information provided by me on this application is complete, true, and correct in every particular. I realize that if any of the foregoing answers made by me are false, I am subject to criminal prosecution. I also understand that the transference of any handgun(s) not in compliance with conditions of the exemptions listed on the application may subject me to criminal prosecution.

_____     _____
Signature                                                                          Date

(The disclosure of my social security number is voluntary. Without this number, the processing of my application may be delayed. This number is considered confidential.)
**Falsification of this form or knowingly engaging in any other fraudulent conduct in applying for an exemption to purchase more than one handgun in a thirty day period is a crime of the third degree as provided in _N.J.S._ 2C:39-10g.**

---

If approved, only those handguns listed on application may be purchased/acquired by the applicant within 90 days (180 days with extension approval) of the permit issue date.
**Applicants wishing to acquire handguns must still first obtain a Permit to Purchase a Handgun & Form of Register prior to the transference of a handgun as required by _N.J.S. 2C:58-3a._**

## FOR FIREARMS INVESTIGATION UNIT USE ONLY — DO NOT WRITE BELOW.

☐ **Approved**
   Number of handguns approved
   under this exemption application: _____

☐ **Disapproved**

☐ **Granted on Appeal**
   Number of handguns approved
   under this exemption application appeal: _____

*This _____ day of _____, 20 ____ .*

_____     _____
Signature                                            Title

**New Jersey State Police**
**Firearms Investigation Unit**

**STATE OF NEW JERSEY**
# Application for Multiple Handgun Purchase Exemption
# Seller/Transferor Certification

*This Seller/Transferor Certification form must be completed by the seller/transferor for each handgun being sold to the listed Multiple Handgun Purchase Exemption applicant, and must accompany the applicant's completed Application for Multiple Handgun Purchase Exemption form (S.P. 015) on its submission to the issuing authority.* **It is strongly recommended that this Seller/Transferor Certification form be completed in full. Forms will not be forwarded to the Division of State Police until complete, resulting in the delay of both the applications and permits.**

**This Seller/Transferor Certification form must be completed legibly and shall include complete information as required. Forms deemed illegible will not be accepted by the issuing authority and will be returned to the exemption applicant without review.**

## PURCHASER/TRANSFEREE INFORMATION:

| (1) NAME *(Last - Maiden Name if applicable, First, Middle)* | | | | (2) ADDRESS *( Number & Street, City, State Zip Code)* | | |
|---|---|---|---|---|---|---|
| (3) DATE OF BIRTH  /  /  | (4) AGE | (5) PLACE OF BIRTH | | (6) US CITIZEN ☐ Yes  ☐ No | | (7) SOCIAL SECURITY NUMBER  -  - |
| (8) SEX   HEIGHT   WEIGHT   EYE COLOR     RACE     HAIR COLOR     COMPLEXION | | | | | | (9) DISTINGUISHING PHYSICAL CHARACTERISTICS |
| (10) NAME OF EMPLOYER | | | | (11) EMPLOYER'S ADDRESS *( Number & Street, City, State Zip Code)* | | |
| (12) OCCUPATION | | (13) HOME TELEPHONE | | | (14) BUSINESS TELEPHONE | |
| (15) DRIVER'S LICENSE NUMBER & STATE | | | | (16) FIREARMS PURCHASER IDENTIFICATION CARD NUMBER *(If Applicable)* | | |

## SELLER/TRANSFEROR INFORMATION (If Individual):

| (17) NAME *(Last - Maiden Name if applicable, First, Middle)* | | | (18) ADDRESS *( Number & Street, City, State Zip Code) (P.O. Box is unacceptable. Must reside in NJ)* |
|---|---|---|---|
| (19) DATE OF BIRTH  /  /  | (20) AGE | (21) US CITIZEN ☐ Yes  ☐ No | (22) CONTACT TELEPHONE NUMBER     (23) FIREARMS PURCHASER IDENTIFICATION CARD NUMBER *(If Applicable)* |

## SELLER/TRANSFEROR INFORMATION (If New Jersey Licensed Retail Firearms Dealer):

| (24) NEW JERSEY LICENSED RETAIL FIREARMS DEALER NAME | (25) ADDRESS *( Number & Street, City, State Zip) (P.O. Box is unacceptable. Must be located in NJ)* | |
|---|---|---|
| (26) NAME OF SALESPERSON | (27) DEALER FFL NUMBER | (28) DEALER SFL NUMBER |

## HANDGUNS TO BE PURCHASED/TRANSFERRED:

| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE *(Semi-Auto/Revolver/BB/Pellet)* |
|---|---|---|---|---|
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE *(Semi-Auto/Revolver/BB/Pellet)* |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE *(Semi-Auto/Revolver/BB/Pellet)* |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE *(Semi-Auto/Revolver/BB/Pellet)* |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE *(Semi-Auto/Revolver/BB/Pellet)* |

**APPLICATION FOR MULTIPLE HANDGUN PURCHASE EXEMPTION - SELLER/TRANSFEROR CERTIFICATION**

| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE (Semi-Auto/Revolver/BB/Pellet) |
|---|---|---|---|---|
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE (Semi-Auto/Revolver/BB/Pellet) |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE (Semi-Auto/Revolver/BB/Pellet) |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE (Semi-Auto/Revolver/BB/Pellet) |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE (Semi-Auto/Revolver/BB/Pellet) |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE (Semi-Auto/Revolver/BB/Pellet) |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE (Semi-Auto/Revolver/BB/Pellet) |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE (Semi-Auto/Revolver/BB/Pellet) |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE (Semi-Auto/Revolver/BB/Pellet) |
| SERIAL NUMBER | CALIBER | MAKE | MODEL | TYPE (Semi-Auto/Revolver/BB/Pellet) |

*If more space is needed, use continuation page (S.P. 016A).*

Total Number of Handguns being purchased/transferred: _____

**AFFIRMATION OF SELLER/TRANSFEROR:**
*Section must be signed and dated by seller/transferor and provided to exemption applicant.*

I affirm that the information provided by me on this certification form is complete, true, and correct in every particular. I realize that if any of the foregoing answers made by me are false, I am subject to criminal prosecution. I also understand that the transference of any handgun(s) not in compliance with conditions of the exemptions listed on the application may subject me to criminal prosecution.

_____    _____
Signature of Seller/Transferor         Date

Falsification of this form is a crime as provided in *N.J.S. 2C:28-3a* and *N.J.S. 2C:39-10c.*

**NOTE TO SELLER:** Applicants wishing to acquire handguns must still first obtain a Permit to Purchase a Handgun & Form of Register prior to the transference of a handgun as required by *N.J.S. 2C:58-3a.*

S.P. 016 (02/10)                                        Page 2 of ____ Pages