FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ  07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson, Vincent Furio, Steven Yagiello
and Bob's Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>　　　　　Defendants. | Civil Action No.: 10-cv-271 (JAP)(TJB)<br><br>**SUPPLEMENTAL CERTIFICATION OF VINCENT FURIO** |

　　　I, Vincent Furio, hereby certify as follows:

1. I am a Plaintiff in this action, and I reside in Hackensack, New Jersey ("Hacksensack"). I am fully familiar with the facts stated herein, and I submit this supplemental certification in support of Plaintiffs' motion for summary judgment and in opposition to Defendants' motions to dismiss the Second Amended Complaint.

2. On March 11, 2010, I submitted a certification in support of Plaintiffs' motion for a preliminary injunction. I submit this supplemental certification to advise the Court of certain additional facts which are relevant to Plaintiffs' current motion for summary judgment and Defendants' motions to dismiss.

3. The Court will recall that I have asserted a claim in this action against Hackensack because I was unlawfully denied the right to apply for more than one permit to purchase a handgun ("Purchase Permit").

4. In its previous motion to dismiss the Amended Complaint, Hackensack argued as follows in its papers:

> . . . after receiving the Amended Complaint, the City Attorney reviewed its application process with the appropriate police officers forthwith and insured that applications for multiple permits are accepted. Accordingly, there is no basis for the Court to Order injunctive relief in this situation. The relief sought is moot.

(Hackensack's April 6, 2010 Letter Brief in Support of Motion to Dismiss at 6.)

5. However, recent facts reveal that Hackensack remains in violation of New Jersey law, and the claims against it are not moot.

6. On February 15, 2011, I went to the Hackensack Police Department to apply for 4 permits to purchase a handgun.

7. When I arrived, I approached the clerk's desk and told her that I was applying for four Purchase Permits. The clerk turned around, pointed to a sign hanging on the wall and said that I could only apply for one per month. The sign on the wall read as follows:

---

**ATTENTION:**

**FIREARM RULE:**

**APPLICANT CAN ONLY APPLY FOR <u>ONE</u> PISTOL PERMIT PER MONTH**

---

(<u>See</u> photograph attached hereto as Exhibit A.)

8. I then took the paperwork upstairs to be approved for filing by the Captain. I told him I wanted to apply for four Purchase Permits. He reviewed the paperwork and handed me a slip of paper to give to the clerk downstairs

handed me a slip of paper to give to the clerk downstairs authorizing her to file my paperwork for four Purchase Permits.

9. A man standing behind me overheard my conversation and announced that he did not know that a person could apply for more than one permit per month. He said he was going to change his application from one to two Purchase Permits.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Vincent Furio

March 10, 2011