ATTENTION:

FIREARM RULE:

APPLICANT CAN ONLY APPLY FOR <u>ONE</u> PISTOL PERMIT PER MONTH