FARER FERSKO, a Professional Association
600 South Avenue
P.O. Box 580
Westfield, NJ  07091-0580
(908) 789-8550
Attorneys for Plaintiffs
Association of New Jersey Rifle and
Pistol Clubs, Inc., Scott L. Bach,
Kaare A. Johnson, Vincent Furio, Steven Yagiello
and Bob's Little Sport Shop, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>Defendants. | Civil Action No.: 10-cv-271 (JAP)(TJB)<br><br>**CERTIFICATION OF ALEJANDRO ALONSO** |

I, ALEJANDRO ALONSO, hereby certify as follows:

1. I am a resident of Harrison, New Jersey and I am a truck driver employed by E.I.I, Inc. located in Cranford, New Jersey. I am fully familiar with the facts as stated herein.

2. For the past several years, the Harrison, New Jersey Police Department has had a policy of restricting the number of permits to purchase a handgun ("Permits") to two at a time.

3. As of January 2010, when the One Gun a Month Law went into effect, Harrison started issuing me only one Permit per month. Since January of 2010, I have applied for multiple Permits on two occasions. On both occasions, although I applied for two Permits, the Police Department would only issue one.

4. Most recently, on November 11, 2010, I applied for two Permits. I received notification that my Permits were ready today, March 11, 2011. When I went to pick up my Permits, I was notified that I would only receive one Permit even though I applied for two. I spoke with Detective Rodriguez and asked him why I was only issued one Permit. Detective Rodriguez told me that the State Police sent them a letter instructing them that they can only issue one Permit per application.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Alejandro Alonso

March 11, 2011