# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

March 16, 2011

<u>Via ECF</u>

Magistrate Judge Torianne J. Bongiovanni
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giountikos
Maura E. Blau

Marjan F. Disler
Jill B. Richardson

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

Re: ANJRPC, et al. v. Christopher J. Christie, Governor of New Jersey et al.
    Docket No.: 3:10-cv-00271-JAP-TJB
    Our File No.: 011901

Dear Judge Bongiovanni:

We represent the Plaintiffs in the above-referenced matter.

On January 19, 2011, and again on March 10, 2011, Your Honor entered Scheduling Orders with respect to combined briefing for the State Defendants' and Hackensack's Motions to Dismiss the Second Amendment Complaint and Plaintiffs' Motion for Summary Judgment. With the filing of Plaintiffs' motion on March 11, 2011, all three motions have now been filed.

We write because, at present, the Docket reflects different return dates for the three motions. However, it was the intention of the parties for all three motions to be heard simultaneously. In light of this, the clerk's office indicated that we should submit a letter to be so ordered by the Court indicating that all three motions are to be heard together.

Accordingly, we hereby request that Your Honor so order the within letter instructing the clerk to make all three motions returnable simultaneously.

Thank you for your attention in this regard.

Respectfully submitted,

/s/ Daniel L. Schmutter
Daniel L. Schmutter
DLS:kml

cc: Gregory Spellmeyer, Esq. (Via ECF)
    Craig Pogosky, Esq. (Via ECF)

_____

SO ORDERED