*LAW OFFICES*
## ZISA & HITSCHERICH
*77 HUDSON STREET*
*HACKENSACK, NEW JERSEY 07601*

**JOSEPH C. ZISA, JR. \***
**ROBERT J. HITSCHERICH \*\***                                    TEL: 201-342-1103
                                                                  FAX: 201-342-4799
**CRAIG M. POGOSKY**
_____
  **\* Member of N.J. and Fla. Bar**
 **\*\* Member of N.J. and N.Y. Bar**

April 4, 2011

Honorable Tonianne J. Bongiovanni
United States District Court
Clarkson S. Fisher Federal Building
& Courthouse
402 E. State Street
Trenton, New Jersey 08608

    Re:    Association of New Jersey Rifle and Pistol Clubs, Inc. vs.
             Christopher J. Christie, et al.
             Civil Action No.: 3:10-cv-00271-JAP-TJB

Dear Judge Bongiovanni:

      The undersigned represents the City of Hackensack in the above captioned matter.

      The undersigned has conferred with counsel in connection with the pending motions to dismiss and cross motion for summary judgment, as for various reasons, Hackensack needs additional time to respond. Counsel has consented to this request. Accordingly, I respectfully request that you approve the proposed order providing an additional week to file a response.

                                 Respectfully yours,
                                 ZISA & HITSCHERICH, ESQS.

                                 <u>/S/ CRAIG M. POGOSKY, ESQ.</u>
                                 BY: CRAIG M. POGOSKY, ESQ.

cc:  via e-file
     Daniel Schmutter, Esq.
     Gregory Spellmeyer, Esq.