UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>    Defendants. | Civil Action No.:<br>10-cv-00271-JAP-TJB<br><br>**THIRD SCHEDULING ORDER**<br><br>R E C E I V E D<br><br>APR - 5 2011<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

On the joint application of the parties, the Court enters the following Scheduling Order which amends the scheduling order entered on March 10, 2011 only in the following respects:

1. Hackensack shall reply in support of their motion to dismiss and oppose Plaintiffs' cross-motion no later than April 12, 2011;

2. Plaintiffs shall submit a reply in support of their cross-motion against Hackensack no later than April 29, 2011.

So Ordered this ___5___ day of ___April___, 20_11_.