## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**ZISA & HITSCHERICH**
77 HUDSON STREET
HACKENSACK, NJ 07601
(201) 342-1103
Attorneys for Defendant, City of Hackensack

---

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO, STEVEN YAGIELLO, and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation | CIVIL ACTION No.: 3:10-cv-271 JAP-TJB  NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 5.2 |
| Plaintiffs, vs. | |
| CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-535, | RETURNABLE: MAY 2, 2011 |
| Defendants. | |

---

**PLEASE TAKE NOTICE** that on May 2, 2011 at 9:30 a.m. or as soon thereafter as counsel may be heard, Defendant, City of Hackensack, a municipal corporation of the State of New Jersey, ("Hackensack") shall move before the Honorable Joel A. Pisano, U.S.D.J., at the United Stated Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order filing Defendant Hackensack's Certification and Brief in opposition to Summary Judgment and in Further of Motion to Dismiss Plaintiffs' Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L Bach, Kaare A. Johnson, and Bob's Little Sport Shop (collectively, "Plaintiffs") Second Amended Complaint against the City of Hackensack under seal.

**PLEASE TAKE FURTHER NOTICE** that Defendant, City of Hackensack shall rely upon its certification of counsel, in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed for of Order is submitted herewith.

          **ZISA & HITSCHERICH, ESQS.**
          Attorneys for Defendant, City of Hackensack

/s Craig M. Pogosky

_____
BY: CRAIG M. POGOSKY, ESQ. (5849)

Dated: April 15, 2011