# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

May 11, 2011

<u>Via ECF</u>

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Re: ANJRPC, <u>et al.</u>  v. Christopher J. Christie, Governor of New Jersey <u>et al.</u>
Docket No.: 3:10-cv-00271-JAP-TJB
Our File No.:  011901

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter.

Now pending before Your Honor are motions and cross-motions for summary judgment and dismissal filed by all parties. All papers have been filed except for the final set of papers that were due from Plaintiffs on April 29, 2011. There is currently a pending motion by the City of Hackensack to seal its last set of papers. The seal motion has interfered with Plaintiffs' ability to timely file its final set of papers.

The parties have agreed that the Plaintiffs' filing of its final set of papers should be determined, in part, by the progress of the seal motion. However, we believe that the seal motion is likely to be resolved shortly. Accordingly, we expect to present to Your Honor within the next several days a Fourth Scheduling Order proposing a filing date for Plaintiffs' final set of papers.

Thank you for your attention in this regard.

Respectfully submitted,

/s/ Daniel L. Schmutter
Daniel L. Schmutter
DLS:amh
cc: Magistrate Judge Torianne J. Bongiovanni (Via ECF)
    Gregory Spellmeyer, Esq. (Via ECF)
    Craig Pogosky, Esq. (Via ECF)