UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                                                :
ASSOCIATION OF NEW JERSEY RIFLE  :
AND PISTOL CLUBS, INC., et al.            :
                                                                :
            Plaintiffs,                          :
     v.                                                     :    Civil Action No. 10-271 (JAP)
                                                                :
                                                                :
CHRISTOPHER CHRISTIE, Governor  :
of the State of New Jersey, et al.           :
                                                                :    **ORDER**
            Defendants.                       :
_____:

    Presently before the Court are various motions and cross-motions to dismiss and for summary judgment filed by all parties. It appears that all papers have been filed with respect to the motions except for a final set of papers that were due from Plaintiffs on April 29, 2011. By letter dated May 11, 2011, Plaintiffs advised the Court that the parties have agreed that the filing of Plaintiffs' final set of papers "should be determined, in part, by the progress" of a motion to seal filed by the City of Hackensack that is presently pending before the Magistrate Judge. (D.I. 83.) The May 11 Letter further advised that "within the next several days" the parties would present the court with a Fourth Scheduling Order proposing a filing date for Plaintiffs' papers. No such proposed order has been received by the Court. Consequently,

    IT IS on this 21st day of June 2011

    ORDERED the Clerk is directed to administratively terminate the motions to dismiss [64, 65] and for summary judgment [72], and it is further

    ORDERED that no later than 14 days from the date of this Order the parties shall submit to the Court a proposed scheduling order that shall set a schedule for the completion of the outstanding briefing with respect to the motions; and it is further

ORDERED that the motions to motions to dismiss [64, 65] and for summary judgment [72] shall be deemed re-filed as of the date Plaintiff files the outstanding papers.

/s/ JOEL A. PISANO
United States District Judge