# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

June 24, 2011

<u>Via ECF</u>

Magistrate Judge Torianne J. Bongiovanni
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Henry Farer
Jack Fersko
David B. Farer
Richard J. Ericsson
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Sonnelier

Counsel
Anthony Giountikos
Maura E. Blau

Marjan F. Disler
Jill B. Richardson

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

Re:   ANJRPC, et al. v. Christopher J. Christie, Governor of New Jersey et al.
      Docket No.: 3:10-cv-00271-JAP-TJB
      Our File No.: 011901

Dear Judge Bongiovanni:

We represent the Plaintiffs in the above-referenced matter.

We are in receipt of Judge Pisano's Order administratively terminating without prejudice the parties' pending dispositive motions. Those motions were nearly fully briefed, but the submission of Plaintiffs' final papers has been awaiting resolution of the pending motion to seal filed by Hackensack.

In light of the Court's recent disposition of the seal motion, and in light of Judge Pisano's Order, we are submitting with this letter a proposed scheduling order which provides for the final set of papers to be filed by Plaintiffs in connection with the dispositive motions.

All parties have agreed to the form of the attached proposed order. Accordingly, if the order meets with Your Honor's approval we request that the order be entered by the Court.

Thank you for your attention in this regard.

Respectfully submitted,

/s/ Daniel L. Schmutter

Daniel L. Schmutter
DLS:ams

cc:   Gregory Spellmeyer, Esq. (Via ECF)
      Craig Pogosky, Esq.  (Via ECF)