RECEIVED

JUN 28 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-563;<br><br>Defendants. | Civil Action No.:<br>10-cv-00271-JAP-TJB<br><br>**FOURTH SCHEDULING ORDER** |

On the joint application of the parties, the Court enters the following Fourth Scheduling Order which amends the Scheduling Order entered on April 5, 2011 only in the following respects:

Dbtf !4;21.dw11382.KBQ!.UKC!!!Epdvn f ou98.2!!!!Gjrhe!17035022!!!Qbhf !3!pg3!Qbhf JE;!: 9:

Plaintiffs shall submit a reply in support of their cross-motion within seven (7) days of the entry of this Order.

It is SO ORDERED this 28 day of June 2011.

Hon. Tonianne J. Bongiovanni, U.S.M.J.