LAW OFFICES
# ZISA & HITSCHERICH
77 HUDSON STREET
HACKENSACK, NEW JERSEY 07601

**JOSEPH C. ZISA, JR. ***
**ROBERT J. HITSCHERICH ****        TEL: 201-342-1103
                                     FAX: 201-342-4799
**CRAIG M. POGOSKY**

  * Member of N.J. and Fla. Bar
 ** Member of N.J. and N.Y. Bar

July 5, 2011

Clerk, United States District Court
Clarkson S. Fisher Federal Building
& Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:    Association of New Jersey Rifle and Pistol Clubs, Inc. vs.
                Christopher J. Christie, Paula Dow, Colonel Fuentes and
                Washington Township, City of Hackensack, et al.
                Civil Action No.: 3:10-cv-271

Dear Sir or Madam:

      Enclosed herewith for filing, please find Letter Brief of Defendant City of Hackensack to supplement materials previously submitted in connection with a motion to seal documents as directed by the Court, and revised proposed form of order.

      Thank you for your consideration.

                                            Respectfully Submitted,
                                            ZISA & HITSCHERICH, ESQS.

                                            <u>/S/ CRAIG M. POGOSKY, ESQ.</u>
                                            BY: CRAIG M. POGOSKY, ESQ.

CMP/
Via e-file
cc: all counsel