LAW OFFICES
# ZISA & HITSCHERICH
77 HUDSON STREET
HACKENSACK, NEW JERSEY 07601

**JOSEPH C. ZISA, JR. \***
**ROBERT J. HITSCHERICH \*\***

**CRAIG M. POGOSKY**

_____
 **\* Member of N.J. and Fla. Bar**
 **\*\* Member of N.J. and N.Y. Bar**

TEL: 201-342-1103
FAX: 201-342-4799

July 5, 2011

Clerk, United States District Court
Clarkson S. Fisher Federal Building
& Courthouse
402 E. State Street
Trenton, New Jersey 08608

  Re: Association of New Jersey Rifle and Pistol Clubs, Inc. vs.
     Christopher J. Christie, Paula Dow, Colonel Fuentes and
     Washington Township, City of Hackensack, et al.
     Civil Action No.: 3:10-cv-271

Dear Sir or Madam:

  Enclosed herewith for filing, please find Letter Brief of Defendant City of Hackensack to supplement materials previously submitted in connection with a motion to seal documents as directed by the Court, and revised proposed form of order.

  Thank you for your consideration.

           Respectfully Submitted,
          ZISA & HITSCHERICH, ESQS.

          <u>/S/ CRAIG M. POGOSKY, ESQ.</u>
          BY: CRAIG M. POGOSKY, ESQ.

CMP/
Via e-file
cc: all counsel