## State of New Jersey

CHRIS CHRISTIE
Governor

KIM GUADAGNO
Lt. Governor

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

PAULA T. DOW
Attorney General

ROBERT M. HANNA
Director

September 12, 2011

Via ECF

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building & United States Courthouse
Room 341
402 East State Street
Trenton, NJ 08608

      Re:  Association of New Jersey Rifle and Pistol
          Clubs, Inc., et al. v. Christie, et al.
          Docket No. 3:10-cv-00271-JAP -TJB

Dear Judge Pisano:

    I acknowledge receipt of the docket text transaction issued today, September 12, 2011, advising that oral argument on the pending motions has been set before Your Honor for October 12, 2011, at 10 a.m. in Courtroom 1.

                  Sincerely yours,

                  PAULA T. DOW
                  ATTORNEY GENERAL OF NEW JERSEY

           By:  s/Gregory A. Spellmeyer
                  Gregory A. Spellmeyer
                  Deputy Attorney General

c:  Daniel L. Schmutter, Esq. (via ECF)
    Paula J. DeBona, Esq. (via ECF)
    Craig M. Pogosky, Esq. (via ECF)

