LAW OFFICES
## ZISA & HITSCHERICH
77 HUDSON STREET
HACKENSACK, NEW JERSEY 07601

JOSEPH C. ZISA, JR. *
ROBERT J. HITSCHERICH **                                    TEL: 201-342-1103
                                                            FAX: 201-342-4799
CRAIG M. POGOSKY
_____
 * Member of N.J. and Fla. Bar
 ** Member of N.J. and N.Y. Bar

September 12, 2011

Honorable Joel A. Pisano
United States District Court
Clarkson S. Fisher Federal Building
& Courthouse
402 E. State Street
Trenton, New Jersey 08608

  Re: Association of New Jersey Rifle and Pistol Clubs, Inc. vs.
     Christopher J. Christie, et al.
     Civil Action No.: 3:10-cv-00271-JAP-TJB

Dear Judge Pisano:

  The undersigned represents the City of Hackensack in the above captioned matter.

  I am in receipt of the notice on the pending Motions (DDE 64, 65, 72) issued September 12, 2011, advising that oral argument on the same has been set before Your Honor for October 12, 2011, at 10 a.m. in Courtroom 1.

           Respectfully yours,
           ZISA & HITSCHERICH, ESQS.

           /S/ CRAIG M. POGOSKY, ESQ.
           BY: CRAIG M. POGOSKY, ESQ.

CMP/