# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

Henry Farer
Jack Fersko
David B. Farer
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schnelier

Counsel
Anthony Giountikos
Maura E. Blau

Marjan F. Disler
Jill B. Richardson

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

September 14, 2011

Via ECF

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
  and U.S. Courthouse
402 E. State Street
Trenton, NJ  08608

Re:     ANJRPC, et al. v. Christopher J. Christie, Governor of New Jersey et al.
        Docket No.: 3:10-cv-00271-JAP-TJB
        Our File No.:  011901

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter.

I acknowledge receipt of the docket text transaction issued yesterday, September 12, 2011, advising that oral argument on the pending motions has been set before Your Honor for October 12, 2011, at 10:00 a.m. in Courtroom 1.

Respectfully submitted,

Daniel L. Schmutter
DLS:amh

cc:     Gregory Spellmeyer, Esq. (Via ECF.)
        Craig Pogosky, Esq.  (Via ECF.)