# State of New Jersey

CHRIS CHRISTIE
Governor

KIM GUADAGNO
Lt. Governor

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

PAULA T. DOW
Attorney General

ROBERT M. HANNA
Director

October 11, 2011

<u>Via ECF</u>

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building & United States Courthouse
Room 341
402 East State Street
Trenton, NJ 08608

    Re:   Association of New Jersey Rifle and Pistol
          <u>Clubs, Inc., et al. v. Christie, et al.</u>
          Docket No. 3:10-cv-00271-JAP -TJB

Dear Judge Pisano:

    I represent the State defendants in the above-referenced matter. I acknowledge receipt of the docket text transaction issued on October 7, 2011, advising that oral argument on the pending motions has been rescheduled before Your Honor for October 24, 2011, at 10:45 a.m. in Courtroom 1.

                            Sincerely yours,

                            PAULA T. DOW
                            ATTORNEY GENERAL OF NEW JERSEY

                   By:   <u>s/Gregory A. Spellmeyer</u>
                           Gregory A. Spellmeyer
                           Deputy Attorney General

c:   Daniel L. Schmutter, Esq. (via ECF)
     Paula J. DeBona, Esq. (via ECF)
     Craig M. Pogosky, Esq. (via ECF)



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 292-4478 • FAX: (609) 984-9493
New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable