# FARER FERSKO

A PROFESSIONAL ASSOCIATION ATTORNEYS AT LAW

Henry Farer
Jack Fersko
David B. Farer
Ann M. Waeger
Jay A. Jaffe
John J. Reilly*
Daniel L. Schmutter
Susan C. Karp
Marcie R. Horowitz
John H. Hague
Regina E. Schneller

Counsel
Anthony Giountikos
Maura E. Blau

Marjan F. Disler
Jill B. Richardson

*Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

October 11, 2011

<u>Via ECF</u>

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building
  and U.S. Courthouse
402 E. State Street
Trenton, NJ  08608

Re:   ANJRPC, <u>et al.</u>  v. Christopher J. Christie, Governor of New Jersey <u>et al.</u>
      Docket No.: 3:10-cv-00271-JAP-TJB
      Our File No.:  011901

Dear Judge Pisano:

We represent the Plaintiffs in the above-referenced matter.

I acknowledge receipt of the docket text transaction issued on October 7, 2011 advising that oral argument on the pending motions has been set before Your Honor from October 12, 2011, at 10:00 a.m. to October 24, 2011 at 10:45 a.m. in Courtroom 1.

Respectfully submitted,

/s/ Daniel L. Schmutter

Daniel L. Schmutter
DLS:amh

cc:   Gregory Spellmeyer, Esq. (Via ECF.)
      Craig Pogosky, Esq.  (Via ECF.)

600 South Avenue, PO Box 580, Westfield, NJ 07091  tel 908.789.8550  fax 908.789.8660  farerlaw.com