**LAW OFFICES**
# ZISA & HITSCHERICH
**77 HUDSON STREET**
**HACKENSACK, NEW JERSEY 07601**

**JOSEPH C. ZISA, JR. \***
**ROBERT J. HITSCHERICH \*\***  TEL: 201-342-1103
 FAX: 201-342-4799
**CRAIG M. POGOSKY**
_____
 \* Member of N.J. and Fla. Bar
 \*\* Member of N.J. and N.Y. Bar

October 12, 2011

Honorable Joel A. Pisano
United States District Court
Clarkson S. Fisher Federal Building
& Courthouse
402 E. State Street
Trenton, New Jersey 08608

 Re: Association of New Jersey Rifle and Pistol Clubs, Inc. vs.
  Christopher J. Christie, et al.
  Civil Action No.: 3:10-cv-00271-JAP-TJB

Dear Judge Pisano:

 The undersigned represents the City of Hackensack in the above captioned matter.

 I acknowledge notice of oral argument before Your Honor of the pending Motions (DDE 64, 65, 72) has been adjourned from October 12, 2011, at 10 a.m. to October 24, 2011 at 10:45 a.m., in Courtroom 1.

 Respectfully yours,
 ZISA & HITSCHERICH, ESQS.

 <u>/S/ CRAIG M. POGOSKY, ESQ.</u>
 BY: CRAIG M. POGOSKY, ESQ.

CMP/
cc: counsel via ECF