```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDING

OFFICE:    TRENTON

JUDGE JOEL A. PISANO                       DATE: 10/24/2011

COURT REPORTER: J. CARUSO

TITLE OF CASE:                             CIVIL #: 10-271(JAP)
ASSC. OF NJ & PISTOL CLUBS, ET AL.,


vs.
JON S. CORZINE, ET AL.,

APPEARANCES:

Daniel Schmutter & Marjan Disler, Esqs., for Plaintiff
Gregory Spellmeyer, Esq., for Defendant (State of NJ)
Craig Pogosky, Esq., for Defendant (City of Hackensack)
Scott Bech & Robert Viden, present (Plaintiffs).

NATURE OF PROCEEDINGS:

Hearing on motion to dismiss plaintiffs second amended complaint
(#64) by defendants, C. Christie, J. Corzine, P. T. Dow, R.
Fuentes, & A. Miligram.

Hearing on motion to dismiss plaintiffs second amended complaint
(#65) by defendant, City of Hackensack.

Hearing on motion for summary judgment (#72) by plaintiffs.

Ordered motions (#64, #65, & #72) - Decision reserved.

Order to be submitted.

TIME COMMENCED: 11:00 a.m.                 s/Dana Sledge,
TIME ADJOURNED: 11:45 a.m.                 Deputy Clerk
TOTAL TIME: 45 minutes
```