```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
                     CIVIL NO. 10-271


        ASSOCIATION OF NEW JERSEY    :
        RIFLE AND PISTOL CLUBS, et   :
        Al,                          :
                                     :
              Plaintiffs,            :
                                     :
              -vs-                   :
                                     :   TRANSCRIPT OF PROCEEDINGS
        CHRISTOPHER J. CHRISTIE,     :
        GOVERNOR OF NEW JERSEY, et   :
        Al,                          :
                                     :
              Defendants.            :
                                     :
                                     :
- - - - - - - - - - - - - - - - - -
```

Trenton, New Jersey
October 24, 2011


B E F O R E:

THE HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT COURT JUDGE




Pursuant to Section 753 Title 28 United States
Code, the following transcript is certified to be
an accurate record as taken stenographically in the
above-entitled proceedings.




S/Joanne M. Caruso, CSR, CRR
Official Court Reporter
(908)334-2472

APPEARANCES:

FARER FERSKO
BY:  DANIEL L. SCHMUTTER, ESQ.,
For the Plaintiffs.

GREGORY A. SPELLMEYER, DAG
For the State of New Jersey.

ZISA & HITSCHERICK
BY:  CRAIG M. POGOSKLY, ESQ.,
For the City of Hackensack.

1                  October 24, 2011.

2            THE COURT:  Who is Mr. Schmutter?

3            MR. SCHMUTTER:  I am, your Honor.

4            THE COURT:  I can't read your name on the list, I'm

5     sorry.

6            MS. DISTLER:  Mary Distler.

7            THE COURT:  Thank you.

8            On the other side we have?

9            MR. SPELLMEYER:  Gregory Spellmeyer.

10           THE COURT:  From the state and you're Mr. Pogoskly?

11           MR. POGOSKLY:  That's correct.

12           THE COURT:  You have folks with you, Mr. Schmutter?

13           MR. SCHMUTTER:  Yes, Judge.

14           THE COURT:  Who do you have?

15           MR. SCHMUTTER:  I have Scott Bach, who is one of the

16    plaintiffs; I have Robert Viden, the owner of Bob's Sports

17    Shop, and I also have Mr. Alonso, who submitted an affidavit

18    and just Mr. Deere, who is just with us.

19           THE COURT:  Nice to see you, gentlemen.

20           I've reviewed a few things in preparation for this.

21    These motion have been around for awhile, but, of course, we

22    go back to the Court's original opinion filed in June of 2010,

23    in connection with the first go round on the statute and in

24    that opinion, I dismissed certain claims that the plaintiffs

25    had brought and asked the parties to go back to the drawing

1   board, as it were, and file supplemental briefs because the

2   circumstances surrounding the implementation of the statute

3   were very much in flux.  We now have the briefs which began

4   being filed in January of 2011, and I don't think this matter

5   was fully briefed until sometime in the middle of the summer.

6           So while it's been gestating for awhile,

7   nevertheless, there's been some activity.

8           Why don't we start with you, Mr. Spell?  Give us some

9   idea as to what the status is on the implementation of the

10  statute.  Are there forms that are intelligible, available for

11  those who want to file for an exemption to the statute, to the

12  restriction in the statute and have the applications for

13  permits been subject to some uniform policy in the state and

14  then we'll get to Hackensack and figure out what their

15  policies are, where they stand and then we'll hear from you.

16          MR. SCHMUTTER:  Thank you.

17          MR. SPELLMEYER:  Okay, your Honor.

18          Thank you.

19          The forms are available.  The process is available.

20  I think it's fair to say that the forms and the process are

21  available to these plaintiffs and have been available to these

22  plaintiffs so we're really just talking about now that those

23  forms and that process is available, consider plaintiffs'

24  challenge under the procedural due process challenge to

25  whether there's adequate process thereto under any applicable

1  constitutional protection.

2          With regard to the application for a permit, that

3  guidance had gone out over a year ago that, yes, an applicant

4  could ask for more than one or file or submit more than one

5  application at a time.  I believe that's uniform now.  That's

6  guidance from the New Jersey State Police has not changed and

7  I don't believe there are issues with that now, certainly as

8  to the state's perspective.

9          If you'd like, I'll get into my motion or if you want

10 to hear more.

11         THE COURT:  Let me ask you factually, what is the

12 state of affairs on the two things, first of all, on the

13 request for exemptions, what's our real life experience?  How

14 many requests for exemptions are coming in, are they being

15 processed in a timely, competent fashion and are the

16 exemptions being granted, are they being denied, what's the

17 real life practice?

18         MR. SPELLMEYER:  Your Honor, I don't have that

19 information with me here.  I can get it, provide it, but I

20 don't think that it's necessary to dispose of the motion in

21 favor of the state, because regardless of those numbers, the

22 process is in place and all the protections to which an

23 applicant is entitled are there.

24         I would even submit in the first instance that there

25 are no constitutional due process protections owed to an

1   applicant in this scenario, but, nevertheless, if the Court

2   were to find that constitutional protections apply, there are

3   certainly adequate process here and post-deprivation process

4   given to any applicant who is denied an exemption.

5        THE COURT:  I'm not suggesting that I necessarily

6   need the data in order to decide the motions because I tend to

7   agree with you I don't, but it would be nice to know.

8        MR. SPELLMEYER:  I'm sorry, I didn't have the

9   forethought to bring that with me.

10        THE COURT:  What about permits, do you have any idea

11   what the real-world experience is on getting permits to

12   purchase?

13        MR. SPELLMEYER:  Aside from the, you know, the prior

14   issue and between plaintiffs and Hackensack, as far as I

15   understand, that's a non-issue; that applicants who seek to

16   apply for more than one permit to purchase are able to do so.

17   I haven't heard from Mr. Schmutter that that's a problem in

18   any other jurisdiction.  Certainly as to the State Police, I

19   don't think it's an issue and, again, the guidance from the

20   State Police went out over a year ago and I'm not aware of any

21   other problems with regard to that.

22        THE COURT:  As far as the State is concerned on the

23   question about taking out permits to purchase, as far as you

24   know, it's limited to a dispute between the plaintiffs and

25   Hackensack?

1          MR. SPELLMEYER:  At this time at least, yes.

2          THE COURT:  All right.

3          MR. SPELLMEYER:  I think there were prior issues that

4     I think have been clarified or remedied.

5          THE COURT:  Okay.

6          What about it, Mr. Schmutter?

7          MR. SCHMUTTER:  Your Honor, Mr. Spellmeyer's mistaken

8     about the issue of permits.  We submitted the affidavit of Mr.

9     Alonso which indicates that well after the guidance came from

10    the State Police, the Town of Harrison also was and is still

11    denying the right to obtain multiple permits to purchase as is

12    permitted by law.

13         It's our view, and the record I believe shows, that

14    Hackensack is not complying with what they said they were

15    going to comply with.  It's not of record, but we received

16    other complaints from other members of the association about

17    problems.  We heard about a problem just last week about

18    Linden which I didn't have time to submit.  Linden is creating

19    problems.

20         Here's the problem, Judge:  This is really why this

21    is an issue.  Notwithstanding the guidance that was issued

22    last year by the State Police, these municipalities just

23    either still don't know the law, they don't care even when you

24    tell them because in Harrison, they have been told that the

25    State Police issued a guidance, they have been told to read

1   the letter, they still won't give permits to purchase more

2   than one permit to purchase as the issue of the code requires.

3           This is one of the problems, which goes to the

4   mootness question, we can't keep running in here every time we

5   hear from one of our members that complains about their police

6   department and keep amending the complaint.  We couldn't just

7   -- we could have but that would have made this litigation --

8           THE COURT:  On this subject, what is it that you ask

9   the federal court to do?  There's a cross-motion and there's a

10  position here that I ought to just -- the federal court has no

11  business being in the middle of the implementation of the

12  state statute which requires permits to be available.  What is

13  it that you would want this court to do for you?

14          MR. SCHMUTTER:  Your Honor, we're seeking a judgment

15  against Hackensack, a judgment -- both injunctive relief and

16  declaratory judgment as to the prohibition on restricting the

17  number of permits to purchase that can be obtained.

18          There are two reasons for it.  First, Hackensack is

19  not doing what they promised this Court a year ago.

20  Hackensack came here, promised this Court they immediately

21  changed their policy by allowing multiple permits.  There was

22  an affidavit from Mr. Zeeza that he met with the Chief of

23  Police.  Interestingly, we never got any affidavit from the

24  Chief of Police as to what the policy was, we never saw a

25  written policy, they never agreed to any written agreement,

1   they wouldn't enter into a consent order or stipulation and

2   they wouldn't enter into an agreement or any binding document

3   of any sort, in contrast to Washington Township who was the

4   first defendant on this issue and Little Egg Harbor who

5   immediately conceded they were wrong, they signed a

6   stipulation that was so ordered, they paid a small nominal

7   amount of counsel fees and they are out of the case.

8           Hackensack came and told this Court they were doing

9   it, but a year later, Mr. Furio, the supplemental affidavit of

10  Mr. Furio came in and said a year later there was still a sign

11  up in the police department saying one permit per month.  When

12  he went in and told the clerk I would like to apply for four

13  permits, which he is allowed by law to do, the clerk pointed

14  to the sign and said no, only one permit per month.  This is a

15  year after Hackensack came in and told this Court they stopped

16  doing that.

17          THE COURT:  My question to you is what is it you want

18  me to do?  Assume, assume I agree with you and I grant the

19  relief you seek, what is it?  I can enter some sort of an

20  order that require police departments in the State of New

21  Jersey to make sure that they don't have a policy preventing

22  people from getting more than one permit to purchase a month?

23  Fine.  So now your members go to a police station and they

24  want more than one permit and they're told they can't have

25  them, now what?

1          MR. SCHMUTTER:  Well, I think showing them a judgment

2  of a federal judge is better than showing them a directive of

3  the State Police, since they're not taking the police

4  directive seriously, I think they'll take the judgment of the

5  federal court more seriously.

6          THE COURT:  I didn't know I had that much clout.

7          MR. SCHMUTTER:  You would be surprised, Judge.

8          More than just that, also specifically we're seeking

9  leave against Hackensack because Hackensack is not doing what

10  they promised this Court to do.  They can't be trusted to come

11  into court and promise they're changing the policy because

12  they're playing games.

13          THE COURT:  Let's get over this permit issue, let's

14  get this out of the way first.

15          How about it, Mr. Pogoskly, what's going on over

16  there?

17          MR. POGOSKLY:  Your Honor, I think this is a bit of a

18  red herring myself.

19          THE COURT:  Let me ask you this:  If one of us were

20  to decide we want to start purchasing firearms and we go to

21  Hackensack and ask for more than one permit, will we get them?

22          MR. POGOSKLY:  Yes, as Mr. Furio, who allegedly is

23  the one claiming he's been denied, as we put in our papers,

24  you saw on numerous occasions he's typed up multiple

25  applications saying I want four, I want three.  He's come in,

1    nobody's sent him away with those applications.  They've all

2    been accepted.  He's been given those multiple permits each

3    time.  He hasn't been denied at all, so this discussion about

4    he's being denied these permits is just not true.  They have

5    gone on numerous occasions.

6         Matt Cobin's certification annexed I believe on at

7    least three permits that he prepared, brought in, they each

8    time they went before a captain of the police department, yes,

9    you want three permits, fine, sure, we'll process your

10   application.  Nobody said, here, take your application, we're

11   not taking it.  They have been accepted each time, processed

12   through the state in the usual course and he's gotten these

13   permits.  So there is nothing here to suggest that Hackensack

14   is not accepting and processing these applications.

15        MR. SCHMUTTER:  There is, Judge.  First of all, Mr.

16   Furio is not the only plaintiff.  The Association of New

17   Jersey Rifle has an organizational standing as a plaintiff in

18   this case and has other members that live in Hackensack.  The

19   mere fact that Mr. Furio himself individually can go in and he

20   knows the policy, even though the big sign says one per month,

21   he happens to know because he's a plaintiff in this case.

22        THE COURT:  Well, is there still a sign in the

23   Hackensack Police Department?

24        MR. POGOSKLY:  No, your Honor.

25        THE COURT:  That says one permit per month?

1          MR. POGOSKLY:  No.  I personally walked in there.  I
2    didn't see a sign.  I don't know if that was a remnant from
3    some prior time.  I looked at a very simple sign that looks
4    like I could have made it, I don't know.  I didn't see it
5    after I received these papers.  I don't know if anybody's been
6    there in the past few weeks to check, see if it's there but
7    there is no sign.
8          MR. SCHMUTTER:  Judge, I don't know if -- I mean, I
9    know it's not simply a matter they forgot to take down the
10   sign because the clerk at the desk was telling people one per
11   month.  In fact, when Mr. Furio went upstairs to the
12   lieutenant to get his permit signed off on so they could be
13   processed, there was a guy standing behind him, when the --
14   when Furio said to the lieutenant, I'd like four permits, and
15   the lieutenant said okay, the guy behind him said, I didn't
16   know you could get more than one permit, I want two permits.
17   So obviously other people are being misled by that sign.
18         THE COURT:  I'm curious to know, if the statute says
19   you cannot purchase more than one gun a month and if I've
20   already found that statute to be appropriate, why would
21   someone want to get permits to purchase more than one a month?
22         MR. SCHMUTTER:  The permits are valid for 90 days.
23   They can be renewed for 90 days so you can lawfully purchase
24   up to six permits and the permit acquisition process is very
25   onerous, time consuming and difficult.

1          THE COURT:  So you can cover yourself for a period of

2   time by doing more than one permit?

3          MR. SCHMUTTER:  People do it frequently because of

4   the process.  So again, Judge, Hackensack comes in here and

5   says everything's fine, but when they come in here last May

6   and they promised you everything is fine, and then the next

7   year it's still not fine because we go in there and we see a

8   big sign and the clerk is telling people one per month,

9   there's something wrong.  They're playing a game.

10          So maybe the case of Furio himself as an individual

11   can go in there and get permits because he's a plaintiff and

12   he knows that the policy -- that the law says more than one

13   per month, we have no reason to believe anybody else knows

14   that, especially when there's a sign and they're telling

15   people the wrong information.

16          This is a game they're playing.  They didn't tell

17   anybody about it because they still wanted to restrict

18   permits.  So I think Hackensack is clearly not to be trusted

19   in this case.  It's one of these shame on me once, fool me

20   twice shame on me kind of things.

21          THE COURT:  Yes, sir.

22          MR. POGOSKLY:  I would just indicate, first of all,

23   it sounds like the plaintiff is putting in an affirmative

24   obligation on the City to basically educate everybody in the

25   change of the law.  It's not -- I would submit it's the

1  obligation of the people who say this is the law on gun

2  permitting when you walk into the door.  These people --

3       THE COURT:  No, I don't think that's the argument

4  he's making.

5       I think the argument he's making is that you can't

6  have a policy, practice or direction which gives bad

7  information, right?

8       MR. SCHMUTTER:  Yes, Judge.

9       Beyond that, given their track record of not really

10 coming clean with the Court, they can't be trusted at this

11 point.  We have no reason to believe, other than Vince Furio,

12 we have no reason to believe they're really complying with the

13 law, no matter what they say because they told the Court that

14 in 2010.

15      MR. POGOSKLY:  Nor is there any evidence that anybody

16 has been --

17      THE COURT:  Okay.

18      This is one of those cases where what is really being

19 requested here is simply a court order requiring people to

20 follow the law.  We see those from time-to-time, but all

21 right.  Let's hear from the State.

22      MR. SCHMUTTER:  One another twist on that.

23      There's a second argument as well, other than

24 specifically as to Hackensack, this is a case and again goes

25 to the mootness questions.  This is case that falls into the

1  capable repetition and review category because if you see the

2  pattern, the municipalities violate the law, we sue them, then

3  they cave after we've sued them, it will never be decided.

4          THE COURT:  I get it.

5          I keep coming back to it, is how can I help you?  I

6  mean other than to sign something that requires the

7  superintendent of the State Police to send this to all police

8  departments in the state one more time.

9          MR. SCHMUTTER:  We don't even need that, Judge.

10  Giving us relief against Hackensack, signing the order we

11  submitted will do exactly what we need and it will make a big

12  difference in terms of both Hackensack to keep them serious

13  about complying with the law and other municipalities.  We

14  will take this to other municipalities and I think they'll

15  take it more seriously than the State Police letter because

16  they're not taking it seriously.

17          THE COURT:  Mr. Spellmeyer, tell me about your

18  motion.

19          MR. SPELLMEYER:  Your Honor, sorry to beat a dead

20  horse, but to bring that last argument back to where I think

21  you started it, quickly, the allegation is that municipalities

22  are perhaps violating the law.  The law is state law and the

23  presents a jurisdictional question to this Court.  The

24  Pennhurst issue, that's a state law issue.  This Court doesn't

25  have to get involved and the plaintiffs have every right to go

1    to the state court and get the same kind of order from the

2    state court.  It would be a state court issue which the state

3    court is perfectly available and more appropriate to resolve

4    that issue.

5           As to my affirmative motion to dismiss plaintiffs'

6    complaint, I think the briefing has been helpful to clarify

7    the issue.  The issue of plaintiffs' claim is essentially the

8    same sort of argument that the legislative process or the

9    legislative intent is somehow not being achieved through the

10   exemptions that the exemption process, that the State Police

11   promulgated through its form; that, again, is a Pennhurst

12   issue.  It's potentially a complaint that the exemption

13   process is not complying with what the state legislature said

14   the law is intended to achieve.  It's a Pennhurst issue,

15   should be resolved in the state courts.

16          Even if this court were to find that it has

17   jurisdiction over that, it's not a Pennhurst issue.  There's

18   just no constitutional protection there.

19          It's a procedural due process, it has to be founded

20   in some sort of property right protected by the Constitution.

21   There is no such property right there.  Even if there were

22   property right, you have to look at what process is being

23   given.  The process being given here is a fair process.  There

24   aren't any undo barriers.  It's just a normal process to go

25   through any other type of regulation to get an application or

1    an exemption and if you're denied, the statute itself provides

2    that you have 30 days to go to the Superior Court of New

3    Jersey so there's post-deprivation remedies that are available

4    which would comply with any due process requirement that the

5    court were to find.

6            Unless you have any questions about that, that's all.

7            THE COURT:  What's your perspective on the

8    exemptions?  What is the real-world experience on those who

9    want to file for an exemption?

10           MR. SCHMUTTER:  In the affidavit in Scott Bach we

11   submitted, supplemental certification of Scott Bach, he tried

12   to do exactly what these forms require.  The forms require

13   that if you want to buy two or three handguns at the same

14   time because you're a collector, which Mr. Bach is, you first

15   have to identify the specific handguns.  So let's say there's

16   a dealer in Pennsylvania who has a matched set, three antique

17   Colt revolvers and he's a collector of Colt revolvers, the

18   first thing he has to do is go to the dealer and say, excuse

19   me, I'm from New Jersey.  We have a law that says I can't buy

20   three at the same time.  I have to wait, buy them over the

21   course of three different months, will you hold them for me?

22   I have to go apply for an exemption.  I can't tell you how

23   long it's going to take to be resolved and, by the way,

24   permits and applications in New Jersey for firearms take an

25   exorbitant amount of time, many, many months, or a permit to

1  purchase a handgun so the experience of obtaining permits or

2  approvals in New Jersey for firearms is incredibly bad.  So

3  the first thing he has to say I have to make this application.

4  I have no idea how long it's going to take.  I want you to --

5  I want you hold those, not sell them to anybody else and, by

6  the way, I don't know if I'll get approval, so at the end of

7  the day, you could wait six months or whoever long it takes

8  and I may come to you and say, sorry, I can't buy them,

9  meanwhile you may have had five buyers in here for that

10  beautiful set of matching pistols.  He tried this, the

11  affidavit shows he tried this multiple times.

12          THE COURT:  What is it you're complaining about?

13          MR. SCHMUTTER:  I'm complaining about the requirement

14  of identifying in advance by serial number the specific

15  handguns to be purchased.

16          THE COURT:  What's the constitutional basis for that

17  problem?

18          MR. SCHMUTTER:  The Constitutional basis is that the

19  right to the exemption is a state law liberty of property

20  interest that has been created by state law.  You can't create

21  a liberty of property interest by state law and take it away.

22          THE COURT:  So you want it to be the case where the

23  exemption does not require you to identify in advance those

24  handguns, those firearms that you intend to purchase?

25          MR. SCHMUTTER:  Correct.  Really there is no reason

1    why the State has to know which handguns you're going to

2    purchase because they're evaluating you as a purchaser.

3    They're going to evaluate who you are.  If you look at the

4    statue, it says they evaluate you're a collector, they look at

5    your background, they look at what you're doing.  It's about

6    the person.

7              The ostensible reason for the statute is to prevent

8    straw purchases.  So saying that I'm buying a particular

9    pistol, you could also be a collector of Glock semi-automatic

10   handguns.  It doesn't matter whether you're buying a Glock

11   semi-automic pistol or antique colt pistol.  The evaluation

12   should be exactly the same; it's the person, it's the person

13   that they care about.

14             THE COURT:  So it's the property interest can be

15   enforced or recognized prospectively?

16             MR. SCHMUTTER:  I'm sorry, I don't understand.

17             THE COURT:  Well, it's prospectively because you

18   don't know exactly what firearms you're going to buy?  You

19   just know you want to apply to buy something.

20             MR. SCHMUTTER:  Correct.  I think, in fact, Judge, it

21   ought to work exactly the way permits to purchase work.  What

22   people do, particularly collectors, is they will apply for

23   multiple purchase permits to purchase in advance, knowing that

24   they could come across a particular firearm that they want to

25   buy immediately.  If they waited -- I'm talking about single

1 purchases, forget about multiples, just single purchases. If

2 they waited until they saw it, by the time they get their

3 permit to purchase, it will be gone.  A lot of people did

4 this, they have permit to purchase in the process ready to go

5 and since they last 90s, 180 days with the extension, they'll

6 apply for a couple more permits.  People do this constantly.

7 That way they go to store, they go to a gun show or they see

8 online, oh, look at that particular firearm, I'd like to buy

9 that.  It should work and can work exactly the same way with

10 the multiple purchase permit -- multiple purchase approval

11 where a collector or a competitor has -- makes the application

12 and identifies themselves, they do whatever check they're

13 going to do to make sure this person is not some straw

14 purchaser and that way I've got my multiple permits.

15        In addition to having my permit to purchase ready

16 when I see something, I also have my multiple purchase

17 approval ready to go.  I have them hand in hand.  I go to a

18 gun show in Pennsylvania or go online and see there's a

19 beautiful set of revolvers or I'm in a local store and I

20 happen to walk into the store and I happen to see something, I

21 have my permits.  The approvals have been there, I have been

22 checked thoroughly, much more extensive than the federal,

23 15-point background and I've got my purchase approval where

24 they check me again.

25        So I have been checked so many times, I've got my

1  paperwork, I walk into the store or I go to the dealer, I

2  present them with my paperwork, done.  Then I can fill out --

3  I have to fill out what the firearms are anyway.  The

4  purchaser has the serial number, the make, the model and

5  that's a register that goes to the State Police and local

6  municipality as well.  All the paperwork is done, but it

7  enables it to work properly.

8          The way they set it up, it's designed to fail.  It

9  simply is designed to make it impossible, incredibly difficult

10 for New Jersey purchasers to acquire these things.  It puts

11 New Jersey purchasers at a tremendous disadvantage compared to

12 out-of-state purchasers.  That's the problem.

13         THE COURT:  Do you want to respond to that?

14         MR. SPELLMEYER:  Yes, thank you.

15         That argument to me sounds like it's a matter of

16 interpretation of state law.  What does the state law require?

17 Is this the format that applies for the state law?  It's a

18 state law issue.

19         Getting beyond that, the law itself specifically says

20 that information basically regarding the gun shall be

21 provided.  That's what the superintendent has just done what

22 the law says.  He's promulgated a form by which he's able to

23 collect the information about what gun is to be sought to be

24 purchased.

25         Further, there is no right either in this -- there is

1   no right in this law, which there has to be for plaintiffs to

2   have any hope of prevailing, that there is no right to

3   purchase a particular gun at a particular time.  It's the

4   right to be considered for an exemption to purchase a handgun.

5   It's not a right to have a particular gun purchased at a

6   particular time.

7          THE COURT:  Okay.

8          MR. POGOSKLY:  Your Honor, I wanted to touch on it

9   before, but I want to say for the record, some of Mr.

10  Spellmeyer's arguments as relates to there having to be some

11  federal constitutional issue as Hackensack.  Insofar as even

12  if there's the validation of maybe Hackensack had a sign, did

13  something that that is of no moment insofar as there is no

14  deprivation even under procedural due process.  I think the

15  Court indicated and certainly in the ruling that the one gun

16  law is a reasonable regulation on gun registration, and it was

17  a property interest.

18         But, nevertheless, even if this is a procedural due

19  process issue, the possibility of some errant clerk doing

20  something, even if intentional, doesn't rise to that

21  procedural due process merits so that even if you accept all

22  of that contrary to the fact that the only plaintiff in this

23  case who's making an allegation is the one who's gotten every

24  permit he's applied for, that that in and of itself, the

25  intentional or unintentional doesn't rise to that claim.  The

1    claim must fail before this Court.

2         THE COURT:  All right.

3         Thank you.

4         MR. SCHMUTTER:  Your Honor, the Pennhurst issue?  As

5    far as Pennhurst goes, and we've gone back and forth on the

6    first motion and these motions on Pennhurst, there is no

7    Pennhurst issue as to the permit issuance question.  There's

8    been made no allegations against the State Police as an

9    issuing authority.  The allegations are solely against the

10   municipalities and the law is clear, Pennhurst doesn't apply

11   to municipalities.  It is not a Pennhurst claim on the

12   exemption question.

13        We are not claiming that they're violating state law,

14   we're claiming, as the Court heard, it is a federal due

15   process issue and the idea that -- the cases are pretty clear

16   on this, the *Mills* case, *Paul* and *Swarthout*, that liberty

17   property interests that are protected by federal law, are

18   state-law created.  So state law liberty property interest

19   that's created is the right to apply for the exemption.

20        The process by which you get that is a violation of

21   federal due process.  It's a federal law issue.

22        Third, post-deprivation remedies don't help here

23   because again, the problem is that you can't obtain the

24   exemption in a way that's practical to use it.  Having a

25   post-deprivation remedy months later saying, all right, go to

1  the Appellate Division, yes, you had a right to get an

2  exemption.  By the way, the guns you want to buy are gone so

3  it's really useless.

4       You need the ability to get the permit -- the

5  exemption at the time that the product is available to

6  purchase.  That's the key.

7       The idea that you don't have a specific right to buy

8  a specific handgun, that's not the point.  The right is to be

9  able to be a collector or competitor and exercise your right

10  to be a competitor, collector by obtaining firearms in more

11  than one at a time.  That's the issue at stake.  That's what

12  the legislature said we can do, except that we can't because

13  the State Police insist that we have to provide serial numbers

14  in advance.

15       Now, as to Hackensack, I think they're saying that

16  there is no federal due process issue with respect to the

17  permits issue.  We're not claiming it's federal due process.

18  It's supplemental jurisdiction, pendent state law claim as to

19  Hackensack which is under 1367.

20       I guess finally -- I guess that's really it, Judge.

21  The real concern here is that the Court has before it a

22  process that simply doesn't work.

23       Oh, also, I'm sorry, counsel mentioned, for the State

24  mentioned that the statute says the information has to be

25  provided, but it doesn't say specifically that you have to

1  provide serial numbers in advance, otherwise your application

2  won't be processed which is how the State Police are applying

3  it, so the legislature provided some flexibility that the

4  State Police are applying it in a way that defeats the

5  process.  So it's the State Police form and State Police

6  procedure that makes the process impossible or virtually

7  impractical to apply.

8          THE COURT:  Anything else?

9          Thank you all for coming.  I'll reserve and you'll

10  have an opinion.

11          (Matter concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**1**

**10-271** [1] - 1:2
**1367** [1] - 24:19
**15-point** [1] - 20:23
**180** [1] - 20:5

**2**

**2010** [2] - 3:22, 14:14
**2011** [3] - 1:13, 3:1, 4:4
**24** [2] - 1:13, 3:1
**28** [1] - 1:19

**3**

**30** [1] - 17:2

**7**

**753** [1] - 1:19

**9**

**90** [2] - 12:22, 12:23
**908)334-2472** [1] - 1:24
**90s** [1] - 20:5

**A**

**ability** [1] - 24:4
**able** [3] - 6:16, 21:22, 24:9
**above-entitled** [1] - 1:21
**accept** [1] - 22:21
**accepted** [2] - 11:2, 11:11
**accepting** [1] - 11:14
**accurate** [1] - 1:20
**achieve** [1] - 16:14
**achieved** [1] - 16:14
**acquire** [1] - 21:10
**acquisition** [1] - 12:24
**activity** [1] - 4:7
**addition** [1] - 20:15
**adequate** [2] - 4:25, 6:3
**advance** [5] - 18:14, 18:23, 19:23, 24:14, 25:1
**affairs** [1] - 5:12
**affidavit** [7] - 3:17, 7:8, 8:22, 8:23, 9:9,

17:10, 18:11
**ago** [3] - 5:3, 6:20, 8:19
**agree** [2] - 6:7, 9:18
**agreed** [1] - 8:25
**agreement** [2] - 8:25, 9:2
**al** [2] - 1:4, 1:8
**allegation** [2] - 15:21, 22:23
**allegations** [2] - 23:8, 23:9
**allegedly** [1] - 10:22
**allowed** [1] - 9:13
**allowing** [1] - 8:21
**Alonso** [2] - 3:17, 7:9
**amending** [1] - 8:6
**amount** [2] - 9:7, 17:25
**AND** [1] - 1:4
**annexed** [1] - 11:6
**antique** [2] - 17:16, 19:11
**anyway** [1] - 21:3
**APPEARANCES** [1] - 2:1
**Appellate** [1] - 24:1
**applicable** [1] - 4:25
**applicant** [4] - 5:3, 5:23, 6:1, 6:4
**applicants** [1] - 6:15
**application** [8] - 5:2, 5:5, 11:10, 16:25, 18:3, 20:11, 25:1
**applications** [5] - 4:12, 10:25, 11:1, 11:14, 17:24
**applied** [1] - 22:24
**applies** [1] - 21:17
**apply** [10] - 6:2, 6:16, 9:12, 17:22, 19:19, 19:22, 20:6, 23:10, 23:19, 25:7
**applying** [2] - 25:2, 25:4
**appropriate** [2] - 12:20, 16:3
**approval** [4] - 18:6, 20:10, 20:17, 20:23
**approvals** [2] - 18:2, 20:21
**argument** [6] - 14:3, 14:5, 14:23, 15:20, 16:8, 21:15
**arguments** [1] - 22:10
**aside** [1] - 6:13
**Association** [1] - 11:16
**ASSOCIATION** [1] - 1:3

**association** [1] - 7:16
**assume** [2] - 9:18
**authority** [1] - 23:9
**automatic** [1] - 19:9
**automic** [1] - 19:11
**available** [10] - 4:10, 4:19, 4:21, 4:23, 8:12, 16:3, 17:3, 24:5
**aware** [1] - 6:20
**awhile** [2] - 3:21, 4:6

**B**

**Bach** [4] - 3:15, 17:10, 17:11, 17:14
**background** [2] - 19:5, 20:23
**bad** [2] - 14:6, 18:2
**barriers** [1] - 16:24
**basis** [2] - 18:16, 18:18
**beat** [1] - 15:19
**beautiful** [2] - 18:10, 20:19
**began** [1] - 4:3
**behind** [2] - 12:13, 12:15
**better** [1] - 10:2
**between** [2] - 6:14, 6:24
**beyond** [2] - 14:9, 21:19
**big** [3] - 11:20, 13:8, 15:11
**binding** [1] - 9:2
**bit** [1] - 10:17
**board** [1] - 4:1
**Bob's** [1] - 3:16
**briefed** [1] - 4:5
**briefing** [1] - 16:6
**briefs** [2] - 4:1, 4:3
**bring** [2] - 6:9, 15:20
**brought** [2] - 3:25, 11:7
**business** [1] - 8:11
**buy** [10] - 17:13, 17:19, 17:20, 18:8, 19:18, 19:19, 19:25, 20:8, 24:2, 24:7
**buyers** [1] - 18:9
**buying** [2] - 19:8, 19:10
**BY** [2] - 2:2, 2:6

**C**

**cannot** [1] - 12:19

**capable** [1] - 15:1
**captain** [1] - 11:8
**care** [2] - 7:23, 19:13
**Caruso** [1] - 1:23
**case** [10] - 9:7, 11:18, 11:21, 13:10, 13:19, 14:24, 14:25, 18:22, 22:23, 23:16
**cases** [2] - 14:18, 23:15
**category** [1] - 15:1
**cave** [1] - 15:3
**certain** [1] - 3:24
**certainly** [3] - 5:7, 6:3, 22:15
**Certainly** [1] - 6:18
**certification** [2] - 11:6, 17:11
**certified** [1] - 1:20
**challenge** [2] - 4:24
**change** [1] - 13:25
**changed** [2] - 5:6, 8:21
**changing** [1] - 10:11
**check** [3] - 12:6, 20:12, 20:24
**checked** [2] - 20:22, 20:25
**Chief** [2] - 8:22, 8:24
**CHRISTIE** [1] - 1:7
**CHRISTOPHER** [1] - 1:7
**circumstances** [1] - 4:2
**City** [2] - 2:6, 13:24
**CIVIL** [1] - 1:2
**claim** [5] - 16:7, 22:25, 23:1, 23:11, 24:18
**claiming** [2] - 10:23, 23:13, 23:14, 24:17
**claims** [1] - 3:24
**clarified** [1] - 7:4
**clarify** [1] - 16:6
**clean** [1] - 14:10
**clear** [2] - 23:10, 23:15
**clearly** [1] - 13:18
**clerk** [5] - 9:12, 9:13, 12:10, 13:8, 22:19
**clout** [1] - 10:6
**CLUBS** [1] - 1:4
**Cobin's** [1] - 11:6
**code** [1] - 8:2
**Code** [1] - 1:20
**collect** [1] - 21:23
**collector** [7] - 17:14, 17:17, 19:4, 19:9, 20:11, 24:9, 24:10
**collectors** [1] - 19:22
**Colt** [2] - 17:17

**colt** [1] - 19:11
**coming** [4] - 5:14, 14:10, 15:5, 25:9
**compared** [1] - 21:11
**competent** [1] - 5:15
**competitor** [3] - 20:11, 24:9, 24:10
**complaining** [2] - 18:12, 18:13
**complains** [1] - 8:5
**complaint** [3] - 8:6, 16:6, 16:12
**complaints** [1] - 7:16
**comply** [2] - 7:15, 17:4
**complying** [4] - 7:14, 14:12, 15:13, 16:13
**conceded** [1] - 9:5
**concern** [1] - 24:21
**concerned** [1] - 6:22
**concluded** [1] - 25:11
**connection** [1] - 3:23
**consent** [1] - 9:1
**consider** [1] - 4:23
**considered** [1] - 22:4
**constantly** [1] - 20:6
**Constitution** [1] - 16:20
**Constitutional** [1] - 18:18
**constitutional** [6] - 5:1, 5:25, 6:2, 16:18, 18:16, 22:11
**consuming** [1] - 12:25
**contrary** [1] - 22:22
**contrast** [1] - 9:3
**correct** [3] - 3:11, 18:25, 19:20
**counsel** [2] - 9:7, 24:23
**couple** [1] - 20:6
**course** [3] - 3:21, 11:12, 17:21
**court** [12] - 8:9, 8:10, 8:13, 10:5, 10:11, 14:19, 16:1, 16:2, 16:3, 16:16, 17:5
**COURT** [39] - 1:1, 1:16, 3:2, 3:4, 3:7, 3:10, 3:12, 3:14, 3:19, 5:11, 6:5, 6:10, 6:22, 7:2, 7:5, 8:8, 9:17, 10:6, 10:13, 10:19, 11:22, 11:25, 12:18, 13:1, 13:21, 14:3, 14:17, 15:4, 15:17, 17:7, 18:12, 18:16, 18:22, 19:14, 19:17, 21:13, 22:7, 23:2, 25:8
**Court** [16] - 1:24, 6:1,

8:19, 8:20, 9:8, 9:15, 10:10, 14:10, 14:13, 15:23, 15:24, 17:2, 22:15, 23:1, 23:14, 24:21
**Court's** [1] - 3:22
**courts** [1] - 16:15
**cover** [1] - 13:1
**CRAIG** [1] - 2:6
**create** [1] - 18:20
**created** [3] - 18:20, 23:18, 23:19
**creating** [1] - 7:18
**cross** [1] - 8:9
**cross-motion** [1] - 8:9
**CRR** [1] - 1:23
**CSR** [1] - 1:23
**curious** [1] - 12:18

## D

**DAG** [1] - 2:4
**DANIEL** [1] - 2:2
**data** [1] - 6:6
**days** [4] - 12:22, 12:23, 17:2, 20:5
**dead** [1] - 15:19
**dealer** [3] - 17:16, 17:18, 21:1
**decide** [2] - 6:6, 10:20
**decided** [1] - 15:3
**declaratory** [1] - 8:16
**Deere** [1] - 3:18
**defeats** [1] - 25:4
**defendant** [1] - 9:4
**Defendants** [1] - 1:9
**denied** [6] - 5:16, 6:4, 10:23, 11:3, 11:4, 17:1
**denying** [1] - 7:11
**Department** [1] - 11:23
**department** [3] - 8:6, 9:11, 11:8
**departments** [2] - 9:20, 15:8
**deprivation** [5] - 6:3, 17:3, 22:14, 23:22, 23:25
**designed** [2] - 21:8, 21:9
**desk** [1] - 12:10
**difference** [1] - 15:12
**different** [1] - 17:21
**difficult** [2] - 12:25, 21:9
**direction** [1] - 14:6
**directive** [2] - 10:2, 10:4

**disadvantage** [1] - 21:11
**discussion** [1] - 11:3
**dismiss** [1] - 16:5
**dismissed** [1] - 3:24
**dispose** [1] - 5:20
**dispute** [1] - 6:24
**DISTLER** [1] - 3:6
**Distler** [1] - 3:6
**DISTRICT** [3] - 1:1, 1:1, 1:16
**Division** [1] - 24:1
**document** [1] - 9:2
**done** [3] - 21:2, 21:6, 21:21
**door** [1] - 14:2
**down** [1] - 12:9
**drawing** [1] - 3:25
**due** [11] - 4:24, 5:25, 16:19, 17:4, 22:14, 22:18, 22:21, 23:14, 23:21, 24:16, 24:17

## E

**educate** [1] - 13:24
**Egg** [1] - 9:4
**either** [2] - 7:23, 21:25
**enables** [1] - 21:7
**end** [1] - 18:6
**enforced** [1] - 19:15
**enter** [3] - 9:1, 9:2, 9:19
**entitled** [2] - 1:21, 5:23
**errant** [1] - 22:19
**especially** [1] - 13:14
**ESQ** [2] - 2:2, 2:6
**essentially** [1] - 16:7
**et** [2] - 1:4, 1:8
**evaluate** [2] - 19:3, 19:4
**evaluating** [1] - 19:2
**evaluation** [1] - 19:11
**evidence** [1] - 14:15
**exactly** [6] - 15:11, 17:12, 19:12, 19:18, 19:21, 20:9
**except** [1] - 24:12
**excuse** [1] - 17:18
**exemption** [15] - 4:11, 6:4, 16:10, 16:12, 17:1, 17:9, 17:22, 18:19, 18:23, 22:4, 23:12, 23:19, 23:24, 24:2, 24:5
**exemptions** [5] - 5:13, 5:14, 5:16, 16:10, 17:8

**exercise** [1] - 24:9
**exorbitant** [1] - 17:25
**experience** [4] - 5:13, 6:11, 17:8, 18:1
**extension** [1] - 20:5
**extensive** [1] - 20:22

## F

**fact** [4] - 11:19, 12:11, 19:20, 22:22
**factually** [1] - 5:11
**fail** [2] - 21:8, 23:1
**fair** [2] - 4:20, 16:23
**falls** [1] - 14:25
**far** [4] - 6:14, 6:22, 6:23, 23:5
**FARER** [1] - 2:2
**fashion** [1] - 5:15
**favor** [1] - 5:21
**federal** [12] - 8:9, 8:10, 10:2, 10:5, 20:22, 22:11, 23:14, 23:17, 23:21, 24:16, 24:17
**fees** [1] - 9:7
**FERSKO** [1] - 2:2
**few** [2] - 3:20, 12:6
**figure** [1] - 4:14
**file** [4] - 4:1, 4:11, 5:4, 17:9
**filed** [2] - 3:22, 4:4
**fill** [2] - 21:2, 21:3
**finally** [1] - 24:20
**fine** [5] - 9:23, 11:9, 13:5, 13:6, 13:7
**firearm** [2] - 19:24, 20:8
**firearms** [7] - 10:20, 17:24, 18:2, 18:24, 19:18, 21:3, 24:10
**first** [12] - 3:23, 5:12, 5:24, 8:18, 9:4, 10:14, 11:15, 13:22, 17:14, 17:18, 18:3, 23:6
**five** [1] - 18:9
**flexibility** [1] - 25:3
**flux** [1] - 4:3
**folks** [1] - 3:12
**follow** [1] - 14:20
**following** [1] - 1:20
**fool** [1] - 13:19
**FOR** [1] - 1:1
**forethought** [1] - 6:9
**forget** [1] - 20:1
**forgot** [1] - 12:9
**form** [5] - 16:11, 21:22, 25:5
**format** [1] - 21:17

**forms** [6] - 4:10, 4:19, 4:20, 4:23, 17:12
**forth** [1] - 23:5
**founded** [1] - 16:19
**four** [3] - 9:12, 10:25, 12:14
**frequently** [1] - 13:3
**fully** [1] - 4:5
**Furio** [9] - 9:9, 9:10, 10:22, 11:16, 11:19, 12:11, 12:14, 13:10, 14:11

## G

**game** [2] - 13:9, 13:16
**games** [1] - 10:12
**gentlemen** [1] - 3:19
**gestating** [1] - 4:6
**given** [5] - 6:4, 11:2, 14:9, 16:23
**Glock** [2] - 19:9, 19:10
**GOVERNOR** [1] - 1:8
**grant** [1] - 9:18
**granted** [1] - 5:16
**GREGORY** [1] - 2:4
**Gregory** [1] - 3:9
**guess** [1] - 24:20
**guidance** [6] - 5:3, 5:6, 6:19, 7:9, 7:21, 7:25
**gun** [10] - 12:19, 14:1, 20:7, 20:18, 21:20, 21:23, 22:3, 22:5, 22:15, 22:16
**guns** [1] - 24:2
**guy** [2] - 12:13, 12:15

## H

**Hackensack** [25] - 2:6, 4:14, 6:14, 6:25, 7:14, 8:15, 8:18, 8:20, 9:8, 9:15, 10:9, 10:21, 11:13, 11:18, 11:23, 13:4, 13:18, 14:24, 15:10, 15:12, 22:11, 22:12, 24:15, 24:19
**hand** [2] - 20:17
**handgun** [3] - 18:1, 22:4, 24:8
**handguns** [6] - 17:13, 17:15, 18:15, 18:24, 19:1, 19:10
**Harbor** [1] - 9:4
**Harrison** [2] - 7:10, 7:24

**hear** [4] - 4:15, 5:10, 8:5, 14:21
**heard** [3] - 6:17, 7:17, 23:14
**help** [2] - 15:5, 23:22
**helpful** [1] - 16:6
**herring** [1] - 10:18
**himself** [2] - 11:19, 13:10
**HITSCHERICK** [1] - 2:5
**hold** [2] - 17:21, 18:5
**Honor** [10] - 3:3, 4:17, 5:18, 7:7, 8:14, 10:17, 11:24, 15:19, 22:8, 23:4
**HONORABLE** [1] - 1:15
**hope** [1] - 22:2
**horse** [1] - 15:20

## I

**idea** [5] - 4:9, 6:10, 18:4, 23:15, 24:7
**identifies** [1] - 20:12
**identify** [2] - 17:15, 18:23
**identifying** [1] - 18:14
**immediately** [3] - 8:20, 9:5, 19:25
**implementation** [3] - 4:2, 4:9, 8:11
**impossible** [2] - 21:9, 25:6
**impractical** [1] - 25:7
**IN** [1] - 1:1
**incredibly** [2] - 18:2, 21:9
**indicate** [1] - 13:22
**indicated** [1] - 22:15
**indicates** [1] - 7:9
**individual** [1] - 13:10
**individually** [1] - 11:19
**information** [6] - 5:19, 13:15, 14:7, 21:20, 21:23, 24:24
**injunctive** [1] - 8:15
**insist** [1] - 24:13
**insofar** [2] - 22:11, 22:13
**instance** [1] - 5:24
**intelligible** [1] - 4:10
**intend** [1] - 18:24
**intended** [1] - 16:14
**intent** [1] - 16:9
**intentional** [2] - 22:20, 22:25

**interest** [5] - 18:20, 18:21, 19:14, 22:17, 23:18
**interestingly** [1] - 8:23
**interests** [1] - 23:17
**interpretation** [1] - 21:16
**involved** [1] - 15:25
**issuance** [1] - 23:7
**issue** [27] - 6:14, 6:15, 6:19, 7:8, 7:21, 8:2, 9:4, 10:13, 15:24, 16:2, 16:4, 16:7, 16:12, 16:14, 16:17, 21:18, 22:11, 22:19, 23:4, 23:7, 23:15, 23:21, 24:11, 24:16, 24:17
**issued** [2] - 7:21, 7:23
**issues** [2] - 5:7, 7:3
**issuing** [1] - 23:9
**itself** [3] - 17:1, 21:19, 22:24

**J**

**January** [1] - 4:4
**JERSEY** [3] - 1:1, 1:3, 1:8
**Jersey** [11] - 1:12, 2:4, 5:6, 9:21, 11:17, 17:3, 17:19, 17:24, 18:2, 21:10, 21:11
**JOEL** [1] - 1:15
**Judge** [9] - 3:13, 7:20, 10:7, 11:15, 13:4, 14:8, 15:9, 19:20, 24:20
**JUDGE** [1] - 1:16
**judge** [2] - 10:2, 12:8
**judgment** [5] - 8:14, 8:15, 8:16, 10:1, 10:4
**June** [1] - 3:22
**jurisdiction** [3] - 6:18, 16:17, 24:18
**jurisdictional** [1] - 15:23

**K**

**keep** [4] - 8:4, 8:6, 15:5, 15:12
**key** [1] - 24:6
**kind** [2] - 13:20, 16:1
**knowing** [1] - 19:23
**knows** [3] - 11:20, 13:12, 13:13

**L**

**last** [5] - 7:17, 7:22, 13:5, 15:20, 20:5
**law** [34] - 7:12, 7:23, 9:13, 13:12, 13:25, 14:1, 14:13, 14:20, 15:2, 15:13, 15:22, 15:24, 16:14, 17:19, 18:19, 18:20, 18:21, 21:16, 21:17, 21:18, 21:19, 21:22, 22:1, 22:16, 23:10, 23:13, 23:17, 23:18, 23:21, 24:18
**lawfully** [1] - 12:23
**least** [2] - 7:1, 11:7
**leave** [1] - 10:9
**legislative** [2] - 16:8, 16:9
**legislature** [3] - 16:13, 24:12, 25:3
**letter** [2] - 8:1, 15:15
**liberty** [4] - 18:19, 18:21, 23:16, 23:18
**lieutenant** [3] - 12:12, 12:14, 12:15
**life** [2] - 5:13, 5:17
**limited** [1] - 6:24
**Linden** [1] - 7:18
**list** [1] - 3:4
**litigation** [1] - 8:7
**live** [1] - 11:18
**local** [2] - 20:19, 21:5
**look** [5] - 16:22, 19:3, 19:4, 19:5, 20:8
**looked** [1] - 12:3
**looks** [1] - 12:3

**M**

**mary** [1] - 3:6
**matched** [1] - 17:16
**matching** [1] - 18:10
**matt** [1] - 11:6
**matter** [5] - 4:4, 12:9, 14:13, 19:10, 21:15
**Matter** [1] - 25:11
**mean** [2] - 12:8, 15:6
**meanwhile** [1] - 18:9
**members** [4] - 7:16, 8:5, 9:23, 11:18
**mentioned** [2] - 24:23, 24:24
**mere** [1] - 11:19
**merits** [1] - 22:21
**met** [1] - 8:22
**middle** [2] - 4:5, 8:11

**Mills** [1] - 23:16
**misled** [1] - 12:17
**mistaken** [1] - 7:7
**model** [1] - 21:4
**moment** [1] - 22:13
**month** [10] - 9:11, 9:14, 9:22, 11:20, 11:25, 12:11, 12:19, 12:21, 13:8, 13:13
**months** [4] - 17:21, 17:25, 18:7, 23:25
**mootness** [2] - 8:4, 14:25
**motion** [7] - 3:21, 5:9, 5:20, 8:9, 15:18, 16:5, 23:6
**motions** [2] - 6:6, 23:6
**MR** [39] - 3:3, 3:9, 3:11, 3:13, 3:15, 4:16, 4:17, 5:18, 6:8, 6:13, 7:1, 7:3, 7:7, 8:14, 10:1, 10:7, 10:17, 10:22, 11:15, 11:24, 12:1, 12:8, 12:22, 13:3, 13:22, 14:8, 14:15, 14:22, 15:9, 15:19, 17:10, 18:13, 18:18, 18:25, 19:16, 19:20, 21:14, 22:8, 23:4
**MS** [1] - 3:6
**multiple** [10] - 7:11, 8:21, 10:24, 11:2, 18:11, 19:23, 20:10, 20:14, 20:16
**multiples** [1] - 20:1
**municipalities** [7] - 7:22, 15:2, 15:13, 15:14, 15:21, 23:10, 23:11
**municipality** [1] - 21:6
**must** [1] - 23:1

**N**

**name** [1] - 3:4
**necessarily** [1] - 6:5
**necessary** [1] - 5:20
**need** [4] - 6:6, 15:9, 15:11, 24:4
**never** [4] - 8:23, 8:24, 8:25, 15:3
**nevertheless** [3] - 4:7, 6:22, 18:18
**NEW** [3] - 1:1, 1:3, 1:8
**New** [11] - 1:12, 2:4, 5:6, 9:20, 11:16, 17:2, 17:19, 17:24, 18:2, 21:10, 21:11

**next** [1] - 13:6
**nice** [2] - 3:19, 6:7
**NO** [1] - 1:2
**nobody** [1] - 11:10
**nobody's** [1] - 11:1
**nominal** [1] - 9:6
**non** [1] - 6:15
**non-issue** [1] - 6:15
**normal** [1] - 16:24
**nothing** [1] - 11:13
**notwithstanding** [1] - 7:21
**number** [3] - 8:17, 18:14, 21:4
**numbers** [3] - 5:21, 24:13, 25:1
**numerous** [1] - 10:24, 11:5

**O**

**obligation** [2] - 13:24, 14:1
**obtain** [2] - 7:11, 23:23
**obtained** [1] - 8:17
**obtaining** [2] - 18:1, 24:10
**obviously** [1] - 12:17
**occasions** [2] - 10:24, 11:5
**October** [2] - 1:13, 3:1
**OF** [4] - 1:1, 1:3, 1:8, 1:7
**Official** [1] - 1:24
**once** [1] - 13:19
**one** [30] - 3:15, 5:4, 6:16, 8:2, 8:3, 8:5, 9:11, 9:14, 9:22, 9:24, 10:19, 10:21, 10:23, 11:20, 11:25, 12:10, 12:16, 12:19, 12:21, 13:2, 13:8, 13:12, 13:19, 14:18, 14:22, 15:8, 22:15, 22:23, 24:11
**onerous** [1] - 12:25
**online** [2] - 20:8, 20:18
**opinion** [3] - 3:22, 3:24, 25:10
**order** [6] - 6:6, 9:1, 9:20, 14:19, 15:10, 16:1
**ordered** [1] - 9:6
**organizational** [1] - 11:17
**original** [1] - 3:22
**ostensible** [1] - 19:7

**otherwise** [1] - 25:1
**ought** [2] - 8:10, 19:21
**out-of-state** [1] - 21:12
**owed** [1] - 5:25
**owner** [1] - 3:16

**P**

**paid** [1] - 9:6
**papers** [2] - 10:23, 12:5
**paperwork** [3] - 21:1, 21:2, 21:6
**particular** [7] - 19:8, 19:24, 20:8, 22:3, 22:5, 22:6
**particularly** [1] - 19:22
**parties** [1] - 3:25
**past** [1] - 12:6
**pattern** [1] - 15:2
**Paul** [1] - 23:16
**pendent** [1] - 24:18
**Pennhurst** [10] - 15:24, 16:11, 16:14, 16:17, 23:4, 23:5, 23:6, 23:7, 23:10, 23:11
**Pennsylvania** [2] - 17:16, 20:18
**people** [12] - 9:22, 12:10, 12:17, 13:3, 13:8, 13:15, 14:1, 14:2, 14:19, 19:22, 20:3, 20:6
**per** [7] - 9:11, 9:14, 11:20, 11:25, 12:10, 13:8, 13:13
**perfectly** [1] - 16:3
**perhaps** [1] - 15:22
**period** [1] - 13:1
**permit** [22] - 5:2, 6:16, 8:2, 9:11, 9:14, 9:22, 9:24, 10:13, 10:21, 11:25, 12:12, 12:16, 12:24, 13:2, 17:25, 20:3, 20:4, 20:10, 20:15, 22:24, 23:7, 24:4
**permits** [31] - 4:13, 6:10, 6:11, 6:23, 7:8, 7:11, 8:1, 8:12, 8:17, 8:21, 9:13, 11:2, 11:4, 11:7, 11:9, 11:13, 12:14, 12:16, 12:21, 12:22, 12:24, 13:11, 13:18, 17:24, 18:1, 19:21, 19:23, 20:6, 20:14, 20:21,

24:17
**permitted** [1] - 7:12
**permitting** [1] - 14:2
**person** [4] - 19:6, 19:12, 20:13
**personally** [1] - 12:1
**perspective** [2] - 5:8, 17:7
**PISANO** [1] - 1:15
**pistol** [3] - 19:9, 19:11
**PISTOL** [1] - 1:4
**pistols** [1] - 18:10
**place** [1] - 5:22
**plaintiff** [6] - 11:16, 11:17, 11:21, 13:11, 13:23, 22:22
**plaintiffs** [8] - 3:16, 3:24, 4:21, 4:22, 6:14, 6:24, 15:25, 22:1
**Plaintiffs** [2] - 1:5, 2:3
**plaintiffs'** [4] - 4:23, 16:5, 16:7
**playing** [3] - 10:12, 13:9, 13:16
**POGOSKLY** [9] - 2:6, 3:11, 10:17, 10:22, 11:24, 12:1, 13:22, 14:15, 22:8
**Pogoskly** [2] - 3:10, 10:15
**point** [2] - 14:11, 24:8
**pointed** [1] - 9:13
**police** [7] - 8:5, 9:11, 9:20, 9:23, 10:3, 11:8, 15:7
**Police** [20] - 5:6, 6:18, 6:20, 7:10, 7:22, 7:25, 8:23, 8:24, 10:3, 11:23, 15:7, 15:15, 16:10, 21:5, 23:8, 24:13, 25:2, 25:4, 25:5
**policies** [1] - 4:15
**policy** [9] - 4:13, 8:21, 8:24, 8:25, 9:21, 10:11, 11:20, 13:12, 14:6
**position** [1] - 8:10
**possibility** [1] - 22:19
**post** [4] - 6:3, 17:3, 23:22, 23:25
**post-deprivation** [4] - 6:3, 17:3, 23:22, 23:25
**potentially** [1] - 16:12
**practical** [1] - 23:24
**practice** [2] - 5:17, 14:6
**preparation** [1] - 3:20

**prepared** [1] - 11:7
**present** [1] - 21:2
**presents** [1] - 15:23
**pretty** [1] - 23:15
**prevailing** [1] - 22:2
**prevent** [1] - 19:7
**preventing** [1] - 9:21
**problem** [6] - 6:17, 7:17, 7:20, 18:17, 21:12, 23:23
**problems** [4] - 6:21, 7:17, 7:19, 8:3
**procedural** [5] - 4:24, 16:19, 22:14, 22:18, 22:21
**procedure** [1] - 25:6
**PROCEEDINGS** [1] - 1:7
**proceedings** [1] - 1:21
**process** [33] - 4:19, 4:20, 4:23, 4:24, 4:25, 5:22, 5:25, 6:3, 11:9, 12:24, 13:4, 16:8, 16:10, 16:13, 16:19, 16:22, 16:23, 16:24, 17:4, 20:4, 22:14, 22:19, 22:21, 23:15, 23:20, 23:21, 24:16, 24:17, 24:22, 25:5, 25:6
**processed** [4] - 5:15, 5:11, 12:13, 25:2
**processing** [1] - 11:14
**product** [1] - 24:5
**prohibition** [1] - 8:16
**promise** [1] - 10:11
**promised** [4] - 8:19, 8:20, 10:10, 13:6
**promulgated** [2] - 16:11, 21:22
**properly** [1] - 21:7
**property** [9] - 16:20, 16:21, 16:22, 18:19, 18:21, 19:14, 22:17, 23:17, 23:18
**prospectively** [2] - 19:15, 19:17
**protected** [2] - 16:20, 23:17
**protection** [2] - 5:1, 16:18
**protections** [3] - 5:22, 5:25, 6:2
**provide** [3] - 5:19, 24:13, 25:1
**provided** [3] - 21:21, 24:25, 25:3
**provides** [1] - 17:1
**purchase** [27] - 6:12, 6:16, 6:23, 7:11, 8:1,

8:2, 8:17, 9:22, 12:19, 12:21, 12:23, 18:1, 18:24, 19:2, 19:21, 19:23, 20:3, 20:4, 20:10, 20:15, 20:16, 20:23, 22:3, 22:4, 24:6
**purchased** [3] - 18:15, 21:24, 22:5
**purchaser** [3] - 19:2, 20:14, 21:4
**purchasers** [3] - 21:10, 21:11, 21:12
**purchases** [2] - 19:8, 20:1
**purchasing** [1] - 10:20
**Pursuant** [1] - 1:19
**put** [1] - 10:23
**puts** [1] - 21:10
**putting** [1] - 13:23

## Q

**questions** [2] - 14:25, 17:6
**quickly** [1] - 15:21

## R

**read** [2] - 3:4, 7:25
**ready** [3] - 20:4, 20:15, 20:17
**real** [7] - 5:13, 5:17, 6:11, 17:8, 24:21
**real-world** [2] - 6:11, 17:8
**really** [8] - 4:22, 7:20, 14:9, 14:12, 14:18, 18:25, 24:3, 24:20
**reason** [5] - 13:13, 14:11, 14:12, 18:25, 19:7
**reasonable** [1] - 22:16
**reasons** [1] - 8:18
**received** [2] - 7:15, 12:5
**recognized** [1] - 19:15
**record** [5] - 1:20, 7:13, 7:15, 14:9, 22:9
**red** [1] - 10:18
**regard** [2] - 5:2, 6:21
**regarding** [1] - 21:20
**regardless** [1] - 5:21
**register** [1] - 21:5
**registration** [1] - 22:16
**regulation** [2] - 16:25, 22:16

**relates** [1] - 22:10
**relief** [3] - 8:15, 9:19, 15:10
**remedied** [1] - 7:4
**remedies** [2] - 17:3, 23:22
**remedy** [1] - 23:25
**remnant** [1] - 12:2
**renewed** [1] - 12:23
**repetition** [1] - 15:1
**Reporter** [1] - 1:7
**request** [1] - 5:13
**requested** [1] - 14:19
**requests** [1] - 5:14
**require** [5] - 9:20, 17:12, 18:23, 21:16
**requirement** [2] - 17:4, 18:13
**requires** [3] - 8:2, 8:12, 15:6
**requiring** [1] - 14:19
**reserve** [1] - 25:9
**resolve** [1] - 16:3
**resolved** [2] - 16:15, 17:23
**respect** [1] - 24:16
**respond** [1] - 21:13
**restrict** [1] - 13:17
**restricting** [1] - 8:16
**restriction** [1] - 4:12
**review** [1] - 15:1
**reviewed** [1] - 3:20
**revolvers** [3] - 17:17, 20:19
**RIFLE** [1] - 1:4
**Rifle** [1] - 11:17
**rise** [2] - 22:20, 22:25
**Robert** [1] - 3:16
**round** [1] - 5:14
**ruling** [1] - 22:15
**running** [1] - 8:4

## S

**s/Joanne** [1] - 1:23
**saw** [3] - 8:24, 10:24, 20:2
**scenario** [1] - 6:1
**SCHMUTTER** [23] - 2:2, 3:3, 3:13, 3:15, 4:16, 7:7, 8:14, 10:1, 10:7, 11:15, 12:8, 12:22, 13:3, 14:8, 14:22, 15:9, 17:10, 18:13, 18:18, 18:25, 19:16, 19:20, 23:4
**Schmutter** [3] - 3:2, 3:12, 6:17, 7:6
**Scott** [3] - 3:15, 17:10,

17:11
**second** [1] - 14:23
**Section** [1] - 1:19
**see** [4] - 3:19, 12:2, 12:4, 12:6, 13:7, 14:20, 15:1, 20:7, 20:16, 20:18, 20:20
**seek** [2] - 6:15, 9:19
**seeking** [2] - 8:14, 10:8
**sell** [1] - 18:5
**semi** [2] - 19:9, 19:11
**semi-automatic** [1] - 19:9
**semi-automic** [1] - 19:11
**send** [1] - 15:7
**sent** [1] - 11:1
**serial** [4] - 18:14, 21:4, 24:13, 25:1
**serious** [1] - 15:12
**seriously** [4] - 10:4, 10:5, 15:15, 15:16
**set** [4] - 17:16, 18:10, 20:19, 21:8
**shall** [1] - 21:20
**shame** [2] - 13:19, 13:20
**Shop** [1] - 3:17
**show** [2] - 20:7, 20:18
**showing** [2] - 10:1, 10:2
**shows** [2] - 7:13, 18:11
**side** [1] - 3:8
**sign** [13] - 9:10, 9:14, 11:20, 11:22, 12:2, 12:3, 12:7, 12:10, 12:17, 13:8, 13:14, 15:6, 22:12
**signed** [2] - 9:5, 12:12
**signing** [1] - 15:10
**simple** [1] - 12:3
**simply** [4] - 12:9, 14:19, 21:9, 24:22
**single** [2] - 19:25, 20:1
**six** [2] - 12:24, 18:7
**small** [1] - 9:6
**solely** [1] - 23:9
**someone** [1] - 12:21
**sometime** [1] - 4:5
**sorry** [6] - 3:5, 6:8, 15:19, 18:8, 19:16, 24:23
**sort** [4] - 9:3, 9:19, 16:8, 16:20
**sought** [1] - 21:23
**sounds** [2] - 13:23, 21:15
**specific** [4] - 17:15,

18:14, 24:7, 24:8
**specifically** [4] - 10:8,
14:24, 21:19, 24:25
**spell** [1] - 4:8
**SPELLMEYER** [10] -
2:4, 3:9, 4:17, 5:18,
6:8, 6:13, 7:1, 7:3,
15:19, 21:14
**Spellmeyer** [2] - 3:9,
15:17
**Spellmeyer's** [2] - 7:7,
22:10
**Sports** [1] - 3:16
**stake** [1] - 24:11
**stand** [1] - 4:15
**standing** [2] - 11:17,
12:13
**start** [2] - 4:8, 10:20
**started** [1] - 15:21
**State** [23] - 2:4, 5:6,
6:18, 6:20, 6:22,
7:10, 7:22, 7:25,
9:20, 10:3, 14:21,
15:7, 15:15, 16:10,
19:1, 21:5, 23:8,
24:13, 24:23, 25:2,
25:4, 25:5
**state** [27] - 3:10, 4:13,
5:12, 5:21, 8:12,
11:12, 15:8, 15:22,
15:24, 16:1, 16:2,
16:13, 16:15, 18:19,
18:20, 18:21, 21:12,
21:16, 21:17, 21:18,
23:13, 23:18, 24:18
**state's** [1] - 5:8
**state-law** [1] - 23:18
**STATES** [2] - 1:1, 1:16
**States** [1] - 1:19
**station** [1] - 9:23
**statue** [1] - 19:4
**status** [1] - 4:9
**statute** [11] - 3:23, 4:2,
4:10, 4:11, 4:12,
8:12, 12:18, 12:20,
17:1, 19:7, 24:24
**stenographically** [1] -
1:20
**still** [7] - 7:10, 7:23,
8:1, 9:10, 11:22,
13:7, 13:17
**stipulation** [2] - 9:1,
9:6
**stopped** [1] - 9:15
**store** [4] - 20:7, 20:19,
20:20, 21:1
**straw** [2] - 19:8, 20:13
**subject** [2] - 4:13, 8:8
**submit** [4] - 5:4, 5:24,
7:18, 13:25

submitted [4] - 3:17,
7:8, 15:11, 17:11
**sue** [1] - 15:2
**sued** [1] - 15:3
**suggest** [1] - 11:13
**suggesting** [1] - 6:5
**summer** [1] - 4:5
**superintendent** [2] -
15:7, 21:21
**Superior** [1] - 17:2
**supplemental** [4] -
4:1, 9:9, 17:11,
24:18
**surprised** [1] - 10:7
**surrounding** [1] - 4:2
**Swarthout** [1] - 23:16

**T**

**tend** [1] - 6:6
**terms** [1] - 15:12
**THE** [40] - 1:1, 1:1,
1:15, 3:2, 3:4, 3:7,
3:10, 3:12, 3:14,
3:19, 5:11, 6:5, 6:10,
6:22, 7:2, 7:5, 8:8,
9:17, 10:6, 10:13,
10:19, 11:22, 11:25,
12:18, 13:1, 13:21,
14:3, 14:17, 15:4,
15:17, 17:7, 18:12,
18:16, 18:22, 19:14,
19:17, 21:13, 22:7,
23:2, 25:8
**themselves** [1] - 20:12
**thereto** [1] - 4:25
**they've** [1] - 11:1
**third** [1] - 23:22
**thoroughly** [1] - 20:22
**three** [7] - 10:25, 11:7,
11:9, 17:13, 17:16,
17:20, 17:21
**time-to-time** [1] -
14:20
**timely** [1] - 5:15
**Title** [1] - 1:19
**touch** [1] - 22:8
**Town** [1] - 7:10
**Township** [1] - 9:3
**track** [1] - 14:9
**TRANSCRIPT** [1] - 1:7
**transcript** [1] - 1:20
**tremendous** [1] -
21:11
**Trenton** [1] - 1:12
**tried** [3] - 17:11,
18:10, 18:11
**true** [1] - 11:4
**trusted** [3] - 10:10,

13:18, 14:10
**twice** [1] - 13:20
**twist** [1] - 14:22
**two** [4] - 5:12, 8:18,
12:16, 17:13
**type** [1] - 16:25
**typed** [1] - 10:24

**U**

**under** [4] - 4:24, 4:25,
22:14, 24:19
**undo** [1] - 16:24
**uniform** [2] - 4:13, 5:5
**unintentional** [1] -
22:25
**UNITED** [2] - 1:1, 1:16
**United** [1] - 1:19
**unless** [1] - 17:6
**up** [4] - 9:11, 10:24,
12:24, 21:8
**upstairs** [1] - 12:11
**useless** [1] - 24:3
**usual** [1] - 11:12

**V**

**valid** [1] - 12:22
**validation** [1] - 22:12
**Viden** [1] - 3:16
**view** [1] - 7:13
**Vince** [1] - 14:11
**violate** [1] - 15:2
**violating** [2] - 15:22,
23:13
**violation** [1] - 23:20
**virtually** [1] - 25:6
**vs** [1] - 1:6

**W**

**wait** [2] - 17:20, 18:7
**waited** [2] - 19:25,
20:2
**walk** [3] - 14:2, 20:20,
21:1
**walked** [1] - 12:1
**Washington** [1] - 9:3
**week** [1] - 7:17
**weeks** [1] - 12:6
**world** [2] - 6:11, 17:8
**written** [2] - 8:25

**Y**

**year** [8] - 5:3, 6:20,
7:22, 8:19, 9:9, 9:10,

9:15, 13:7
**yourself** [1] - 13:1

**Z**

**Zeeza** [1] - 8:22
**ZISA** [1] - 2:5