UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1624
_____

ASSOCIATION NEW JERSEY RIFLE AND PISTOL CLUBS,
a New Jersey Not for Profit Corporation;
SCOTT L. BACH; KAARE A. JOHNSON; BOBS LITTLE SPORT SHOP,
a New Jersey Corporation; VINCENT FURIO; STEVEN YAGIELLO,
                                                                Appellants

v.

GOVERNOR OF THE STATE OF NEW JERSEY;
ATTORNEY GENERAL NEW JERSEY; COLONEL RICK FUENTES,
Superintendent, Division of New Jersey State Police;
WASHINGTON TOWNSHIP, (Morris County;  XYZ MUNICIPALITIES 1-565;
CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP;
XYZ MUNICIPALITIES1-563
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-10-cv-00271)
United States District Judge:  Honorable Joel A. Pisano
_____

Submitted Under Third Circuit LAR 34.1(a)
December 18, 2012

Before: MCKEE, Chief Judge, SLOVITER, and VANASKIE,  Circuit Judges
_____

JUDGMENT
_____

　　This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on December 18, 2012.
　　On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered February 3, 2012, be and the same is hereby affirmed.

All of the above in accordance with the opinion of this Court.

       ATTEST:

       /s/ Marcia M. Waldron
       Clerk

Dated: January 30, 2013

**Certified as a true copy and issued in lieu of a formal mandate on** February 21, 2013

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**